# NATIONAL CENTER FOR LAW
# AND ECONOMIC JUSTICE

275 Seventh Avenue, Suite 1506
New York, N.Y. 10001-6708
(212) 633-6967 -- (212) 633-6371 (fax)
www.nclej.org

January 29, 2014

Honorable William H. Pauley, III, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:   *Baez, et. al. v. NYCHA*,
      13-CV-8916

Dear Judge Pauley:

On December 20, 2013, plaintiffs filed through ECF a proposed Stipulation and Order of Settlement (DKT 11) that addresses each of plaintiffs' claims and resolves this putative class action. On December 23, 2013, I wrote on behalf of plaintiffs to request that this Court, as a Federal Rule of Civil Procedure 23(e) fairness hearing will be necessary, schedule a pre-motion conference in advance of plaintiffs submitting a proposed order scheduling this hearing and setting forth a method to provide notice to class members.

It is our understanding that the status conference is now scheduled for Friday, January 31, 2014 at 2:00 p.m. In advance of the conference, the parties wish to provide the Court with a proposed Rule 23(e) Scheduling Order and draft Rule 23(e) Notice to the Class for which all parties have reached agreement as to language.

Thank you for your consideration of this matter.

Respectfully submitted,
*Marc Cohan*
for Plaintiffs' counsel

cc:   Steven Rappaport
      for Defendant by electronic mail