# EXHIBIT 1

| | | | | | |
|---|---|---|---|---|---|
| WO #: **39295831** | Reported By: **MXINTADM** | Craft: **MAINT** | Work Type: **CM** | Print Count: **1** | **M** |
| Parent: | Actual Reported: 9-21-2015 07:36 PM | Status: **CLOSE** | Sub Work Type: | Scheduled: **09/23/2015** | |
| Priority: **4** | Ownergroup: **DEV074** | Resolution: | Court Date: | 8AM - 12PM | 1.26 |

### Location Details
**Development:** WAGNER
**Location:** ▮▮▮▮▮▮▮
**Description:** Foyer/Hallway 01
**Address:** ▮▮▮▮▮▮▮
**Location Type:** FOYER/HALLWAY
**Class:** Mold/Mildew Condition
**Problem:** Mildew

**Child Under 6:** N
**Child Under 11:** N
**Senior Citizen:** N
**Life Support:** N
**Apt Size:** 6
**Apt SEC 8:** N

### Resident Information
**Name:** ▮▮▮▮▮
**Apt:** ▮   **Permission to Enter:** [ ]
**Phone:** ▮▮▮▮

### Caller Information
**Caller Phone:** ▮▮▮▮
**Caller Name:**
**Call Taken By:** USER EAI

### Work Order Description
MILDEW CONDITION - MAINT

**Last Insp Date:**

**Workorder Status**  ( ) Completed   ( ) Resident Not at Home   ( ) Material not in Stock   ( ) Interrupted

**Safety Information:** N/A

### Select Craft for Follow-Up Work
( ) Asbestos Handler   ( ) Elevator Mechanic   ( ) Maintenance   ( ) Vendor
( ) Asbestos Hazard Investing   ( ) Exterminator   ( ) Painter   ( ) Welder
( ) Bricklayer   ( ) Glazier   ( ) Plaster   ( ) OTHERS
( ) Carpenter   ( ) Lead Abatement Worker   ( ) Roofer   _____
( ) Electrician   ( ) Lead Investigator   ( ) Tech services 504

( ) Normal Wear and Tear   ( ) Vandalism   ( ) Accidental Damage       **Reasonable Accomodation:** [ ]

**Choose One Remedy from the List Below**
( ) Abated   ( ) Installed   ( ) Removed   ( ) Repaired   ( ) Repaired Replaced   ( ) Replaced   ( ) Unfounded   ( ) Verified

### Check for These Items
| Item | | | |
|---|---|---|---|
| Fire Safety Notice | ( ) Satisfactory | ( ) Unsatisfactory | ( ) Corrective Action |
| CO Detector | ( ) Satisfactory | ( ) Unsatisfactory | ( ) Corrective Action |
| Window Guards | ( ) Satisfactory | ( ) Unsatisfactory | ( ) Corrective Action |
| Smoke Detector | ( ) Satisfactory | ( ) Unsatisfactory | ( ) Corrective Action |
| G.F.C.I OUTLET | ( ) Satisfactory | ( ) Unsatisfactory | ( ) Corrective Action |
| Apartment Door | ( ) Satisfactory | ( ) Unsatisfactory | ( ) Corrective Action |

Apt Temp:      Water Temp:      Cat in Apt:      Dog In Apt:
( ) HA Follow Up:

### Notes:
21-SEP-15   MILDEW CONDITION - MAINT   MILDEW CONDITION - MAINT
21-SEP-15   There was a leak before now the wall is crumbling and you can smell the mold   There was a leak before now the wall is crumbling and you can smell the mold
23-SEP-15   Verified   Verified
Marlon Garcia   STARTED:09/23/2015, 09:10:00 AM   ENDED:09/23/2015, 09:15:00 AM   UNFOUNDED

| Started: | 9-23-2015 09:10 AM | Completed: | 9-23-2015 09:15 AM | How Many Installed: |
|---|---|---|---|---|

### To be Completed by the Resident

**Resident Statisfied?:**   Yes( ) No( )   **Resident Confirmed Work:** _____ Start _____
                                                                      Date/Time                End Date/Time:

**Resident Refused Work:** I, the resident of this apartment am refusing to allow NYCHA to complete the repair work listed in this work ticket.
**Resident:** (print and sign name):_____
**Resident Comments:**

Date Printed: 09/30/2015 11:39:00 AM

1
1   /   4

**New York City Housing Authority Work Order**

| | | | | | |
|---|---|---|---|---|---|
| WO #: **39295831** | Reported By: **MXINTADM** | Craft: **MAINT** | Work Type: **CM** | Print Count: **1** | **M** |
| Parent: | Actual Reported: 9-21-2015 07:36 PM | Status: **CLOSE** | Sub Work Type: | Scheduled: **09/23/2015** | |
| Priority: **4** | Ownergroup: **DEV074** | Resolution: | Court Date: | **8AM - 12PM** | 1.26 |

**If Mold is UNFOUNDED, photograph is REQUIRED to close work order.**

Check if Mold handout was provided to resident (mandatory) ☐

If MOLD/MILDEW, enter exact sq. ft.

| | Conditions |
|---|---|
| 0 | Mold less than 10 square feet - Level 1 - Development Responsible |
| | Mold between 10-100 square feet - Level 2 - Refer to MR&ST |
| | Mold more than 100 square feet - Level 3 - Refer to MR&ST |

☐ Check here if no Mold/Mildew, just Excessive Moisture (condensation visible/high humidity)

| Action to Clean Mold | Check if Needed | Check if Done |
|---|---|---|
| Staff needs to clean mold | | |
| Advised Resident to clean mold | ■ | |

Identification of root Causes and Follow-up Activities (check all that apply):

**Describe in notes (Mandatory)**

| | Action | | Plan | |
|---|---|---|---|---|
| **Root Cause of Mold/Mildew OR Excessive Moisture** | NYCHA Repaired | Resident Action Required | Child WO Needed | Capital Work Required |
| Vent clogged (dirty) | | | | ■ |
| Vent blocked (covered) | | | | ■ |
| Roof fan out of order | | | | ■ |
| Leak from above | | | | ■ |
| Leak from roof | | | | |
| Leak from cracked bricks or pointing (external wall) | | | | |
| Leak around windows | | | | ■ |
| Leak from plumbing or appliances in apartment | | | | ■ |
| Door has inadequate clearance for ventialtion | | | | ■ |
| Not opening window | | | | ■ |
| Resident | ■ | | ■ | ■ |
| Can't find source - escalate | ■ | ■ | | |
| | | | | |
| | | | | |

Resident provided information:

Have you had a problem with mold or excessive moisture in the past:   ☐ yes   ☐ no

If yes, did you report it?   ☐ yes   ☐ no

If yes, how many times in the last two (2) years have you had either of these conditions?

☐ 1   ☐ 2   ☐ 3   ☐ 4   ☐ 5 or more

Reminders:
1. Mold/mildew clean up greater than 10 square feet requires the resident to be given an appointment at least 4 days out and the child WO created with the correct target date for MR&ST staff
2. All non-cleaning related follow-up work requires the creation of child WOs
3. All staff who worked on this WO must be listed in the actuals, including the supervisor and caretaker

**2**

Case 1:13-cv-08916-WHP   Document 85-1   Filed 10/07/15   Page 4 of 6

## NEW YORK CITY HOUSING AUTHORITY

# Controlling **MOLD** In Your Apartment

**MOLD** is a fungus that grows on, and sometimes in, damp surfaces and objects.

In nature, mold helps break down dead material and can be found growing on soil, foods, plant matter, and other items. Mold produces microscopic cells called "spores" which are very tiny and spread easily through the air. Live spores act like seeds, forming new mold growth (colonies) when they find the right conditions. Mold is most likely to grow where there is water or dampness, such as in bathrooms.

Mold usually appears in its early stages as black circles or blotches. Most types of mold that are routinely encountered are not hazardous to healthy individuals. However, too much exposure to mold may cause existing conditions such as asthma, hay fever, or other allergies to get worse. The most common symptoms of overexposure are similar to the symptoms of overexposure to plant pollen, such as coughing, congestion, runny nose, eye irritation, and aggravation of asthma.

# Preventing **MOLD**

Mold needs water to grow and is most often confined to areas near water sources. Removing the source of moisture by repairs and by providing sufficient ventilation is critical to preventing mold growth.

## The Fresh Air Cure

Letting fresh air into your apartment lowers the amount of moisture which helps to reduce dust mites and cockroaches. Keep your apartment well ventilated by opening windows, using fans and arranging furniture so that windows are not blocked.

- Increase air circulation by moving fans and by moving sofas and other furniture away from walls and corners to promote air and heat circulation.
- Keep your bathroom window open even a little, when weather permits, especially when you are showering or drying clothes.
- If you have an exhaust fan in your bathroom, make sure it is working and remove any accumulated dust from the vent cover in order to improve air circulation. If your bathroom fan is not working, call the Centralized Call Center at (718) 707-7771 (or inform your Management Office if your development is not part of the Centralized Call Center program).

**3**

**New York City Housing Authority Work Order**

| | | | | |
|---|---|---|---|---|
| WO #: **39295831** | Reported By: **MXINTADM** | Craft: **MAINT** | Work Type: **CM** | Print Count: **1**  M |
| Parent: | Actual Reported: 9-21-2015 07:36 PM | Status: **CLOSE** | Sub Work Type: | Scheduled: **09/23/2015** |
| Priority: **4** | Ownergroup: **DEV074** | Resolution: | Court Date: | **8AM - 12PM**  1.26 |

Case 1:13-cv-08916-WHP   Document 85-1   Filed 10/07/15   Page 5 of 6

## Other Ideas That Will Help:

- Keep your apartment clean, dry and free of clutter.
- Lower humidity in the apartment during humid weather by using an air conditioner and/or a dehumidifier.
- Use your stove only for cooking, never for heating. When cooking, keep pots covered and windows open; even keeping windows slightly open will help.
- Use area rugs that can be taken up and washed often.
- Keep your drapes open during the day.
- Request repair of leaky plumbing or other water leaks as soon as possible.
- Keep the "drip pans" in your air conditioners, refrigerators and dehumidifiers clean and dry.
- Hang wet clothes to dry in open areas in your apartment, such as on bathroom shower rods, or on drying racks with the window open. Thoroughly wring out clothes prior to hanging. Take slow drying heavy items to the Laundromat.
- Dry all wet surfaces and reduce the moisture/water source upon discovery of condensation or moisture collecting on windows, walls or pipes.

## Cleaning  **MOLD**

Mold should be cleaned as soon as it is noticed using household cleaners such as Soft Scrub, Tilex, or other products labeled antimicrobial. **Never mix products containing ammonia with those containing bleach.**

Individuals who are cleaning mold should be free of allergies or symptoms such as nasal congestion, cough, sore throat or upper respiratory infections. The individual should wear protective clothing as recommended by the manufacturer of the household cleaner used. The cleaned area must be thoroughly dried with a sponge or rag that should **immediately be disposed of and not reused.** Absorbent materials that contain mold, such as linen or carpets, might need to be replaced.

## If The Problem *Persists*

Mold can pose a health hazard for you and your family so it is important to eliminate the problem as soon as possible. When you've tried cleaning fluids and proper ventilation and nothing seems to help, report the mold problem to your Management Office or the Centralized Call center at (718) 707-7771. A returning mold condition may indicate an underlying problem such as a leak. Your Housing Manager will provide you with assistance to correct this condition.

| 078257 | Marlon Garcia | | |
|---|---|---|---|
| **BADGE#** | **WORKER SIGNATURE/DATE** | **RESIDENTSIGNATURE/DATE** | **SUPERINTENDENT SIGNATURE/DATE** |



5