Hon. William H. Pauley 111
Daniel Patrick Moynihan
US Courthouse
500 Pearl St.,
New York, NY 10007-1312



Ms. Khyena Rikelman
2951 West 33 ST., Apt 15D
Brooklyn, NY 11224
August 2, 2016

Dear Judge,

I am a resident of O'Dwyer Gardens Development since 2008. I am a 76 year old woman, a widow since 2015. I have a one bedroom apartment, which I loved and maintained with my late husband in the best way we could afford. Just two years ago we repainted it on our own, because the paint in the living room was crumbling and the Housing Authority promised to do it only in 6-12 month. We did not complain and did it ourselves. It was not an emergency.

Now, on the other hand, I have a disaster. All of sudden, three weeks ago, I found out a spot of a black mold on the wall of my living room and small bubbles with water. I called immediately the emergency number of NYCHA (718) 707 7701. It was Sunday July 10. They send a maintenance man the next day, who opened the wall with a hammer from the other side (in the hallway) and found that the cause of the mold is a pipe leak. I went to the management, I talked to the assistant Super, assistant Manager, the Manager and at last the Super, who was very unfriendly, to say the least. At first they sent a cleaning lady, who sprayed some Clorox on the mold and wiped it out. The next day the mold reappeared and even spread. I made a search on the Internet and found out that nothing will kill the mold unless the underlying cause of the moisture (in this case is the pipe leak) is fixed. I called the NYCA repeatedly, asked them to send a plumber, but they told me that a plumber is unavailable and they send once more a maintenance man, who only confirmed the leak. The manager Ms. Smith tells me that I have to be patient, that they are looking for a contractor to do the job. It already has passed three weeks and nothing has been done. It seems to me that when I am out of site, I am out of their mind. The mold spreads with a great speed. I am sure it will soon spread to my neighbors next door and downstairs (the mold has gone already under the molding. It looks ugly (poisonous mushrooms are hanging from the mold), smelly and dangerous to my health.
So far NYCHA only makes up useless orders, sending to my apartment a maintenance man, a plaster supervisor, and today a painter. I refused their service, it is like putting the wagon in front of the horse. The workers who came were also surprised. I was so angry that I did not sign their reports.

I have addressed already the Office of the Council member Mark Treyger, talked to his assistant Ms. Dilyora Rahimova, sent her an e-mail with the pictures of the mold (a week ago, now it is even worse), but so far she could not help me. However, she gave me a link to the website of the federal judge the Honorable William H. Pauley of the US District Court for the Southern district of New York with his final ruling in case of Mold Lawsuit Baez v. NYCHA which states that NYCHA must fix apartments with mold in two weeks. He even promised to appoint a special master to ensure the city compliance with the agreement to address the problem faster and aggressively. So now I am wandering, why your ruling is not enforced and who is in charge of monitoring their job. The system is broken, they have not gathered a group of professionals, including plumbers who could effectively approach the problem

of mold in a short time.

I am so depressed with passing of my husband, and now with this unexpected problem with the mold which I am absolutely helpless to solve, that I feel I am loosing it. Besides, I have a lot of medical illnesses, including pulmonary and respiratory problems, which could only get worse if the mold would not be removed.

Please, I am begging you for help. You are my last hope.

I am looking forward to your reply and real help.


Sincerely,

K. Rikelman

Khyena Rikelman