FRANCIS E. McGOVERN
401 WEST ALABAMA
HOUSTON, TX 77006
MCGOVERN@LAW.DUKE.EDU

March 29, 2017

The Honorable William H. Pauley, III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

                                          Re: Baez v. NYCHA

Dear Judge Pauley:

    This letter is designed to update the Court on the activities of the Special Master and the parties in Baez v. NYCHA and to propose several actions for the future.

    Over the last twelve (12) months the Special Master has focused on three principal goals: (1) learning the nature of the issues raised in the Baez action; (2) working with the parties to see how it would be possible to create a consensual approach for resolving those issues; and (3) suggesting specific remedial measures that could implement a consensus.

    The Special Master personally inspected over thirty NYCHA units in the five boroughs and had five meetings with interested parties not involved in the Baez action. The Special Master has conducted 48 meetings in New York; meetings with each of the parties separately, meetings with the parties jointly, and meetings with the parties and experts.

    The outcome of those meetings has resulted in the following proposals for the Court:

    (1) request to extend the consent decree until April 2018 (See Attachment A);

    (2) request to extend the appointment of the Special Master until the end of the consent decree (See Attachment B);

    (3) request to hire Microecologies, formerly the expert for the plaintiffs, as a neutral expert to engage in the mold protocol study described below (See Attachment) and

(4) a plan for proceeding until the end of the consent decree in order to determine if there can be a new agreement to proceed forward (See Attachment D.)

If the Court has any questions, please feel free to contact me. The parties have been extremely cooperative during all these activities and are copied with this letter.

Yours very truly,

Francis E. McGovern