UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MARIBEL BAEZ, *et al.*, :
:
               Plaintiffs, :
:   No. 13-cv-8916 (WHP)
    -against- :
:   STIPULATION
NEW YORK CITY HOUSING AUTHORITY, :   AND ORDER EXTENDING
:   CONSENT DECREE
               Defendants. :
:
------------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        By Order dated April 17, 2014, the Court approved a Stipulation and Order of Settlement entered into by the parties on December 16, 2013 (the "Consent Decree"). The Consent Decree provided that, for purposes of enforcement, the Court shall retain jurisdiction over the Consent Decree for up to 36 months, a period which ended on April 17, 2017. By Order dated March 30, 2017, the Court extended its jurisdiction to April 17, 2018.

        The parties have now agreed to a new Consent Decree, a copy of which is attached, that they wish to present to the Court for approval. Accordingly, it is hereby

        ORDERED that the Court's jurisdiction over the Consent Decree is extended ~~to such time as the Court shall schedule a hearing to consider whether to approve the new Consent Decree.~~ pending further order of this Court.

SO ORDERED:

_____ 4/16/18
WILLIAM H. PAULEY III
U.S.D.J.

1

Dated: April 6, 2018
New York, New York

KELLY D. MACNEAL
First Deputy General Counsel
New York City Housing Authority
250 Broadway, 9th Floor
New York, NY 10007
Tel. 212-776-5244

__/s/ Kelly D. MacNeal__

*Attorney for Defendant*

QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven Edwards
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7262

NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
Marc Cohan
Gregory Bass
Petra Tasheff
275 Seventh Avenue, Ste 1506
New York, NY 10001
Tel. 212-633-6967

NATURAL RESOURCES DEFENSE COUNCIL
Nancy S. Marks
Albert Y. Huang
40 West 20th Street
New York, NY 10011
Tel. 212-727-2700

PROSKAUER ROSE LLP
Erin M. Meyer
Zachary Chalett
11 Times Square
New York, NY 10036
Tel. 212-969-3000

__/s/ Steven M. Edwards__

*Attorneys for Plaintiffs*

2

SO ORDERED: Dated _____

_____
      WILLIAM H. PAULEY III
           U.S.D.J.

3