UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MARIBEL BAEZ; FELIPA CRUZ; R.D., ON BEHALF
OF HER MINOR CHILD, A.S.; on their own behalf
and on behalf of all others similarly situated;
UPPER MANHATTAN TOGETHER, INC.; and           Civ. No. 13-8916 (WHP)
SOUTH BRONX CHURCHES SPONSORING
COMMITTEE, INC.,
                                              STIPULATION
                   Plaintiffs,           AND ORDER
                                              EXTENDING THE
      v.                              APPOINTMENT OF
                                              FRANCIS E. McGOVERN
NEW YORK CITY HOUSING AUTHORITY,              AS SPECIAL MASTER

                   Defendant.
------------------------------------------------------------------------x

WILLIAM H. PAULEY III, District Judge:

      By Order dated April 17, 2014, the Court approved a Stipulation and Order of Settlement entered into by the parties on December 16, 2013 (the "Consent Decree"). On December 15, 2015, the Court granted a motion to enforce the Consent Decree and ruled that a Special Master should be appointed. By Order dated January 22, 2016, the Court gave notice of its intent to appoint Professor Francis McGovern as Special Master and invited comments from the parties. By Order dated February 1, 2016, after receiving comments from the parties, the Court appointed Professor McGovern and directed him to investigate defendant New York City Housing Authority's ("NYCHA's") failure to comply with the Consent Decree and to make recommendations to the Court concerning steps that should be taken to achieve full compliance.

      By Order dated March 30, 2017, the Court extended the appointment of Francis E. McGovern as Special Master to April 17, 2018 in light of the parties and the Special

1

Master's estimation that they would not be able to complete the effectiveness of the steps taken by NYCHA to achieve full compliance with the Consent Decree before the Court jurisdiction expired.

On April 6, 2018, an amended Consent Decree was submitted to the Court for approval, with an executed Stipulation and Order extending the Court's jurisdiction, set to expire on April 17, 2018, until a hearing takes place on the amended Consent Decree. Accordingly, it is hereby

ORDERED that the appointment of Francis E. McGovern as Special Master be extended from April 17, 2018 until ~~such date as the Court issues an order regarding the amended Consent Decree.~~ further order of this Court.

Dated: April 10, 2018
New York, New York

Kelly M. MacNeal
First Deputy General Counsel
NEW YORK CITY HOUSING AUTHORITY
150 Broadway, 9th Floor
New York, NY 10007
Tel. 212-776-5244

By: _____
Donna M. Murphy
Attorney for Defendant

Steven M. Edwards
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel. 212-849-7262

By: _____
Steven M. Edwards

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

4/16/18

NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
Marc Cohan
Gregory Bass
Petra Tasheff
275 Seventh Avenue, Ste. 1506
New York, NY 10001
Tel.  212-633-6967

NATURAL RESOURCES DEFENSE COUNCIL
Nancy S. Marks
Albert Y. Huang
40 West 20th Street
New York, NY 10011
Tel.  212-727-2700

PROSKAUER ROSE LLP
Erin M. Meyer
Zachary Chalett
11 Times Square
New York, NY 10036
Tel.  212-969-3000

Attorneys for Plaintiffs

                        SO ORDERED:

                        _____
                          WILLIAM H. PAULEY III
                              U.S.D.J.