**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7262**

WRITER'S EMAIL ADDRESS
**stevenedwards@quinnemanuel.com**

August 21, 2018

Honorable William H. Pauley, III
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007-1312

Re: *Baez v. New York City Housing Authority*, 13 Civ. 8916 (WHP)

Dear Judge Pauley:

      We respectfully request that the Court grant an extension of the page limit from 25 to 40 pages for the memoranda of law in support of the motion for an order approving the revised consent decree. The Court's scheduling order (Dkt. #185) instructs the parties to file these memoranda by August 31, 2018. We believe such an extension is necessary to develop a complete record of the case. We also believe it will be helpful to the Court if we can summarize the facts in our memorandum, as opposed to simply referring the Court to voluminous declarations. On April 10, 2015, the Court granted our prior application for an extension of the page limit to 40 pages for similar reasons (Dkt. #33).

      We have spoken with Counsel for the Defendant, who informs us that they do not oppose the requested enlargement, provided the page limit on Defendant's memorandum of law is similarly enlarged.

Respectfully submitted,


/s/ Steven M. Edwards (SE2773)


cc (by e-mail): Miriam Skolnik, Counsel for Defendant

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART