IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIBEL BAEZ; FELIPA CRUZ; R.D., ON BEHALF OF HER MINOR CHILD, A.S.; on their own behalf and on behalf of all others similarly situated; UPPER MANHATTAN TOGETHER, INC.; and SOUTH BRONX CHURCHES SPONSORING COMMITTEE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK HOUSING AUTHORITY,<br><br>Defendant. | No. 13 Civ. 8916 (WHP) |

**DECLARATION OF ZACHARY W. CHALETT
IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER APPROVING
MODIFIED AMENDED STIPULATION AND ORDER OF SETTLEMENT**

I, Zachary W. Chalett, declare under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm Proskauer Rose LLP, pro bono co-counsel for Plaintiffs Maribel Baez, Felipa Cruz, and R.D., on behalf her minor child, A.S., on their own behalf and on behalf of all others similarly situated; and for Upper Manhattan Together, Inc., and South Bronx Churches Sponsoring Committee, Inc. ("Plaintiffs"), in this action against the New York City Housing Authority. I am admitted to practice in this Court, and I respectfully submit this declaration in support of Plaintiffs' Motion for an Order Approving Modified Amended Stipulation and Order of Settlement, filed August 31, 2018.

1

2. As a courtesy to the Court, a true and correct copy of the unpublished consent decree entered in *United States v. Metropolitan Opera*, 11 Civ. 0236 (GBD) (S.D.N.Y. Jan. 12, 2011, ECF No. 2) is attached as **Exhibit 1**.

New York, New York
August 31, 2018

    /s/ Zachary W. Chalett
    Zachary W. Chalett