**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 31, 2018

**By ECF**
Hon. William H. Pauley III
U.S. District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

      RE:    *United States v. New York City Housing Authority*, 18 Civ. 5213 (WHP)
               *Baez, et al. v. New York City Housing Authority*, 13 Civ. 8916 (WHP)

Dear Judge Pauley:

      Pursuant to the Court's July 18, 2018 Order in the above-referenced matters, I am filing with this letter, in the docket of each of these cases, a compilation of the written comments received by this Office in response to the request for public comment on the proposed settlements. The filing is the same in each of the two cases.

      We have added Bates numbers to the comments for ease of reference, and have made redactions to the comments consistent with Federal Rule of Civil Procedure 5.2. We are also enclosing, for the convenience of the Court, an index organizing the comments by name and Bates number, and indicating whether the commenter indicated a desire to speak at the September 26, 2018 hearing.

      We have included all comments received through August 29, 2018, to ensure that we did not exclude any comments that were timely submitted but delayed due to mail delivery issues. Further, although the Court's Order directed that anonymous comments will be rejected, several were submitted, and we have included them at the end of this set for completeness.

      Thank you for your attention to this matter.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:*/s/ Sharanya Mohan*
ROBERT WILLIAM YALEN
MÓNICA P. FOLCH
JACOB LILLYWHITE
TALIA KRAEMER
SHARANYA MOHAN
Assistant United States Attorneys
Tel.:    (212) 637-2722/6559/2639/2822/2737
Fax:    (212) 637-2702
Email:  robert.yalen@usdoj.gov
        monica.folch@usdoj.gov
        jacob.lillywhite@usdoj.gov
        talia.kraemer@usdoj.gov
        sharanya.mohan@usdoj.gov

Enclosures