*United States v. NYCHA* , 18 Civ. 5213 (WHP) and *Baez v. NYCHA* , 13 Civ. 8916 (WHP)
**Index of Public Comments**

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 1 | COMMENTS_00001 | Abrams | Kimberly | Yes |
| 2 | COMMENTS_00004 | Abrams | Victoria | Yes |
| 3 | COMMENTS_00006 | Aguayo | Yolanda | Yes |
| 4 | COMMENTS_00008 | Alameda | Francisco | |
| 5 | COMMENTS_00017 | Alava | Irene | |
| 6 | COMMENTS_00019 | Allen | Carolyn | |
| 7 | COMMENTS_00020 | Almestica | Luisa | |
| 8 | COMMENTS_00022 | Almonte | Jose | |
| 9 | COMMENTS_00024 | Alston | Patricia | Yes |
| 10 | COMMENTS_00032 | Alteon | Carole | |
| 11 | COMMENTS_00035 | Alvia | Angela | |
| 12 | COMMENTS_00051 | Alvira | Rosalinda | |
| 13 | COMMENTS_00053 | Anastacio | Esperanza | Yes |
| 14 | COMMENTS_00056 | Anderson | Rosemary | |
| 15 | COMMENTS_00059 | Andrew | Jacqueline | Yes |
| 16 | COMMENTS_00062 | Ansitiele | Immacula | |
| 17 | COMMENTS_00063 | Antonetty | Adam | |
| 18 | COMMENTS_00064 | Aponte | Lucy | |
| 19 | COMMENTS_00067 | Araujo | Barbara | Yes |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 20 | COMMENTS_00069 | Arias | Maribel | |
| 21 | COMMENTS_00071 | Aronowsky (Gowanus Neighborhood Coalition for Justice) | Sabine | Yes |
| 22 | COMMENTS_00075 | Arrington | Laloni | |
| 23 | COMMENTS_00076 | Arrington | Natalie | |
| 24 | COMMENTS_00077 | Assebian | Marie | |
| 25 | COMMENTS_00081 | At Risk Community Services | | Yes |
| 26 | COMMENTS_00085 | Aubry | Nancy | |
| 27 | COMMENTS_00088 | Auz | Blanca | |
| 28 | COMMENTS_00091 | Ayala | Karen | |
| 29 | COMMENTS_00094 | Babbs | Diane | |
| 30 | COMMENTS_00099 | Bair | Jennifer | |
| 31 | COMMENTS_00113 | Balan | Moise | |
| 32 | COMMENTS_00115 | Balvez | Samantha | |
| 33 | COMMENTS_00120 | Banks | Annetta | |
| 34 | COMMENTS_00122 | Banks | Caroline | Yes |
| 35 | COMMENTS_00123 | Banks | Rhonda | |
| 36 | COMMENTS_00125 | Barner | Shirley | |
| 37 | COMMENTS_00128 | Barnes | Mary | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 38 | COMMENTS_00131 | Barnes | Rosaria | |
| 39 | COMMENTS_00132 | Barrett | Cynthia | |
| 40 | COMMENTS_00136 | Barrett | Idella | |
| 41 | COMMENTS_00137 | Barrett | Jacqueline | Yes |
| 42 | COMMENTS_00142 | Batista | Ana Maria | |
| 43 | COMMENTS_00144 | Batista | Gavina | |
| 44 | COMMENTS_00145 | Batista | Luis | |
| 45 | COMMENTS_00146 | Batista | Reyna | |
| 46 | COMMENTS_00151 | Bell | Diamond | Yes |
| 47 | COMMENTS_00153 | Bell | Lakihya | |
| 48 | COMMENTS_00154 | Benjamin | Jennifer | |
| 49 | COMMENTS_00156 | Bennett | Laura | |
| 50 | COMMENTS_00158 | Bermudez-Worthy | Joyce | |
| 51 | COMMENTS_00161 | Berry | Anita | |
| 52 | COMMENTS_00164 | Bilenkin | Izabela | |
| 53 | COMMENTS_00166 | Black | Delores | |
| 54 | COMMENTS_00168 | Black | Ruth Mae | |
| 55 | COMMENTS_00170 | Blondel (Resilient Red Hook) | Karen | Yes |
| 56 | COMMENTS_00176 | Boatwright | Bette | Yes |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 57 | COMMENTS_00182 | Bodon | Natividad | |
| 58 | COMMENTS_00184 | Bonifacio | Andrea | Yes |
| 59 | COMMENTS_00186 | Boskinis | Dimitra | |
| 60 | COMMENTS_00187 | Bost | Lisa | |
| 61 | COMMENTS_00193 | Boyce | Kim | Yes |
| 62 | COMMENTS_00194 | Brabham | Dawn | |
| 63 | COMMENTS_00196 | Bradford | Dorelka | |
| 64 | COMMENTS_00197 | Brazzley | Tonie | Yes |
| 65 | COMMENTS_00199 | Breeden | Carolyn | |
| 66 | COMMENTS_00222 | Briscoe | Oliver | |
| 67 | COMMENTS_00224 | Brishbon | Margaret | |
| 68 | COMMENTS_00226 | Broadie | Florence | |
| 69 | COMMENTS_00230 | Brooklyn Community Board | | |
| 70 | COMMENTS_00232 | Brown | Andrea | |
| 71 | COMMENTS_00235 | Brown | Bonita | |
| 72 | COMMENTS_00240 | Brown | Daneale | |
| 73 | COMMENTS_00242 | Brown | Deloris | |
| 74 | COMMENTS_00248 | Brown | Florine | |
| 75 | COMMENTS_00250 | Brown | Latrina | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 76 | COMMENTS_00252 | Brown | Patricia | |
| 77 | COMMENTS_00253 | Bruno | Doreen | |
| 78 | COMMENTS_00255 | Bullock | Belina | |
| 79 | COMMENTS_00263 | Burgess | Christina | |
| 80 | COMMENTS_00264 | Burgess | Theresa | |
| 81 | COMMENTS_00266 | Burgos | Yesenia | Yes |
| 82 | COMMENTS_00267 | Burke | James | |
| 83 | COMMENTS_00268 | Burrell | Temeka | |
| 84 | COMMENTS_00276 | Burton | Elizabeth | |
| 85 | COMMENTS_00278 | Caballero | Magdalena | |
| 86 | COMMENTS_00280 | Caban | Madeline | |
| 87 | COMMENTS_00282 | Cabral | Maria | |
| 88 | COMMENTS_00283 | Calier | Audrey | |
| 89 | COMMENTS_00285 | Campbell | Nicole | |
| 90 | COMMENTS_00291 | Campusano | Jasmine | |
| 91 | COMMENTS_00293 | Carter | Natasha | |
| 92 | COMMENTS_00296 | Carter | Steven | |
| 93 | COMMENTS_00298 | Castillo | Juana | |
| 94 | COMMENTS_00300 | Castro | Josephine | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 95 | COMMENTS_00301 | Cepeda | Bianela | |
| 96 | COMMENTS_00303 | Cestero | Alano | |
| 97 | COMMENTS_00306 | Chaplin | Jeanise | |
| 98 | COMMENTS_00310 | Chapman | Glenora | |
| 99 | COMMENTS_00312 | Cherry | June | |
| 100 | COMMENTS_00315 | Childress | Patricia | Yes |
| 101 | COMMENTS_00316 | Chisolm | Rosalie | |
| 102 | COMMENTS_00318 | Chisolm | LaQuana | Yes |
| 103 | COMMENTS_00320 | Cinly | Calista | |
| 104 | COMMENTS_00321 | Cintron | Yasmeen | |
| 105 | COMMENTS_00323 | City-Wide Council of Presidents | | Yes |
| 106 | COMMENTS_00327 | Clark | Terona | |
| 107 | COMMENTS_00328 | Cloke | Shaquance | |
| 108 | COMMENTS_00329 | Coggins | Tuwana | |
| 109 | COMMENTS_00332 | Collins | Jeniece | Yes |
| 110 | COMMENTS_00342 | Cook | Isaac | |
| 111 | COMMENTS_00344 | Cook | Tisha | |
| 112 | COMMENTS_00346 | Cooper | Alberta | |
| 113 | COMMENTS_00349 | Corbett | Michelle | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 114 | COMMENTS_00357 | Corchado | Ana | |
| 115 | COMMENTS_00367 | Cordero | Ramon | |
| 116 | COMMENTS_00369 | Corley | Penthoree | |
| 117 | COMMENTS_00372 | Coskun | Sebiye | |
| 118 | COMMENTS_00379 | Cotton | Leonard | |
| 119 | COMMENTS_00381 | Courtney | Bud | |
| 120 | COMMENTS_00383 | Craddock | Gwen | |
| 121 | COMMENTS_00386 | Crawford | Ralph | |
| 122 | COMMENTS_00388 | Crowder | Darlene | |
| 123 | COMMENTS_00391 | Cruz, Jr. | Getulio | |
| 124 | COMMENTS_00396 | Cruz | Elizabeth | |
| 125 | COMMENTS_00398 | Cruz | Lourdes | |
| 126 | COMMENTS_00400 | Cruz | Oscar | |
| 127 | COMMENTS_00404 | Cuascut | Ivonne | Yes |
| 128 | COMMENTS_00406 | Cueto | Sharon | |
| 129 | COMMENTS_00410 | Cummings | Annette | |
| 130 | COMMENTS_00414 | Cummings | Hilda | |
| 131 | COMMENTS_00418 | Curtis | Kathy | |
| 132 | COMMENTS_00420 | Cyprian | Neomis | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 133 | COMMENTS_00424 | Dalton | George | |
| 134 | COMMENTS_00427 | Darling | Jada | |
| 135 | COMMENTS_00429 | David | Abigail | Yes |
| 136 | COMMENTS_00434 | Davis | Cheryle | |
| 137 | COMMENTS_00438 | Davis | Laverne | |
| 138 | COMMENTS_00441 | Davis | Mabel | Yes |
| 139 | COMMENTS_00443 | Davis | Princess | |
| 140 | COMMENTS_00448 | Davis | Sherry | |
| 141 | COMMENTS_00452 | De Hoz (WE ACT for Environmental Justice) | Milagros | Yes |
| 142 | COMMENTS_00455 | De La Cruz | Marleny | |
| 143 | COMMENTS_00457 | De La Rosa | Francisco | |
| 144 | COMMENTS_00459 | De Leon | Juan and Julia | |
| 145 | COMMENTS_00462 | De Luna | Anny | |
| 146 | COMMENTS_00466 | Deboue | Diamond | |
| 147 | COMMENTS_00470 | Delacruz | Anne Marie | Yes |
| 148 | COMMENTS_00473 | Delagdo | Carmen | |
| 149 | COMMENTS_00476 | Deleon | Cynthia | |
| 150 | COMMENTS_00478 | Descartes | Linda | |
| 151 | COMMENTS_00480 | Desruisseaux | Aubrene | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 152 | COMMENTS_00482 | Devos | Donald | |
| 153 | COMMENTS_00483 | Devos | Esther | |
| 154 | COMMENTS_00484 | Dews | Latoya | |
| 155 | COMMENTS_00489 | Diaz | Angel | |
| 156 | COMMENTS_00493 | Diaz | Bernice | |
| 157 | COMMENTS_00501 | Diaz | Blanca Rosa | |
| 158 | COMMENTS_00504 | Diaz | Carmen | |
| 159 | COMMENTS_00506 | Diaz | Charles | |
| 160 | COMMENTS_00508 | Diaz | Gloria | |
| 161 | COMMENTS_00510 | Diaz | Maria | |
| 162 | COMMENTS_00513 | Diaz | Sofia | Yes |
| 163 | COMMENTS_00515 | Diaz | Yarelis | |
| 164 | COMMENTS_00517 | Disla | Luisa | |
| 165 | COMMENTS_00525 | Dominguez | Lydia | |
| 166 | COMMENTS_00532 | Dubarry | Sharon | Yes |
| 167 | COMMENTS_00534 | DuBois | Katie | |
| 168 | COMMENTS_00536 | Duke | Lisa | |
| 169 | COMMENTS_00537 | Duncan | Daphne | |
| 170 | COMMENTS_00543 | Duprey | Luz | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 171 | COMMENTS_00546 | Eaddy | Martha | |
| 172 | COMMENTS_00548 | Edmonds | Denise | |
| 173 | COMMENTS_00555 | Edmondson | Michael and Veronica | |
| 174 | COMMENTS_00557 | Edwards | Elaine | |
| 175 | COMMENTS_00559 | Elliott | Vanessa | |
| 176 | COMMENTS_00563 | El-Nuwaubun | Ijaaza | |
| 177 | COMMENTS_00566 | Emerson | Tracey | |
| 178 | COMMENTS_00571 | Eppes | Janice | |
| 179 | COMMENTS_00575 | Epps | Hortense | |
| 180 | COMMENTS_00579 | Espinal | Anacleto | |
| 181 | COMMENTS_00582 | Espinoza | Laura | |
| 182 | COMMENTS_00584 | Ewart | Gail | |
| 183 | COMMENTS_00586 | Felix | Bonita | |
| 184 | COMMENTS_00587 | Feliz | Ramona | |
| 185 | COMMENTS_00589 | Ferguson | Lorraine | |
| 186 | COMMENTS_00592 | Fernandez | Rafael | |
| 187 | COMMENTS_00595 | Feyijinmi | Kevin | |
| 188 | COMMENTS_00597 | Fields | Gwendolyn | |
| 189 | COMMENTS_00598 | Fields | Jessie | Yes |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 190 | COMMENTS_00602 | Figuereo | Nilda | Yes |
| 191 | COMMENTS_00604 | Figueroa | Ana | Yes |
| 192 | COMMENTS_00607 | Figueroa | Brunilda | |
| 193 | COMMENTS_00609 | Figueroa | Elizabeth | |
| 194 | COMMENTS_00611 | Figueroa | Gladys | Yes |
| 195 | COMMENTS_00614 | Figueroa | Hilda | |
| 196 | COMMENTS_00617 | Figueroa | Pablito | |
| 197 | COMMENTS_00620 | Fisher | Janee | |
| 198 | COMMENTS_00623 | Fleming | Woodrow | Yes |
| 199 | COMMENTS_00624 | Folayan | Oni | |
| 200 | COMMENTS_00628 | Fonrose | Salama | |
| 201 | COMMENTS_00631 | Fortson-Ortiz | Aisha | |
| 202 | COMMENTS_00656 | Foster | Steve | |
| 203 | COMMENTS_00664 | Francis | Rhoda | |
| 204 | COMMENTS_00666 | Frazier | Clara | |
| 205 | COMMENTS_00668 | Frazier | Milia | |
| 206 | COMMENTS_00677 | FUREE | | |
| 207 | COMMENTS_00680 | Gao | Jia Fu | |
| 208 | COMMENTS_00682 | Garcia | Ana | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 209 | COMMENTS_00685 | Garcia | Concepcion | |
| 210 | COMMENTS_00686 | Garcia | Jay-Nee | Yes |
| 211 | COMMENTS_00688 | Garcia | Jose | Yes |
| 212 | COMMENTS_00696 | Garcia | Maria | |
| 213 | COMMENTS_00697 | Garcia | Pablo | |
| 214 | COMMENTS_00698 | Gasby | Theresa | |
| 215 | COMMENTS_00700 | German-Beverly | Jeleane | |
| 216 | COMMENTS_00703 | Gibbs | Staysha | |
| 217 | COMMENTS_00708 | Giles | Betty | |
| 218 | COMMENTS_00712 | Gilford | Terrence | |
| 219 | COMMENTS_00716 | Gillespie | Lawanna | |
| 220 | COMMENTS_00717 | Gillespie | Sarah | Yes |
| 221 | COMMENTS_00719 | Golds | Angel | |
| 222 | COMMENTS_00732 | Gomez | Iris | |
| 223 | COMMENTS_00735 | Gomez | Miguel | |
| 224 | COMMENTS_00752 | Gomez | Noka | |
| 225 | COMMENTS_00754 | Goncalves | Glaucia | |
| 226 | COMMENTS_00757 | Gonzalez | Aida | |
| 227 | COMMENTS_00759 | Gonzalez | Carmen | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 228 | COMMENTS_00761 | Gonzalez | Connie | |
| 229 | COMMENTS_00768 | Gonzalez | Douglas | |
| 230 | COMMENTS_00770 | Gonzalez | Fatima | |
| 231 | COMMENTS_00776 | Gonzalez | Sandra | |
| 232 | COMMENTS_00782 | Gonzalez | Virginia | |
| 233 | COMMENTS_00783 | Gonzalez | Maria | |
| 234 | COMMENTS_00784 | Goodwine | Laura | Yes |
| 235 | COMMENTS_00786 | Gordon | April | |
| 236 | COMMENTS_00794 | Gordon | Laverne | Yes |
| 237 | COMMENTS_00796 | Gould | Tammy | |
| 238 | COMMENTS_00799 | Grant | Ashia | |
| 239 | COMMENTS_00802 | Graziano | Byron | |
| 240 | COMMENTS_00804 | Green | Crystal | |
| 241 | COMMENTS_00806 | Green | Sarah | Yes |
| 242 | COMMENTS_00810 | Green | Valerie | |
| 243 | COMMENTS_00816 | Griffith | Deborah | Yes |
| 244 | COMMENTS_00817 | Griffith | Sonnette | |
| 245 | COMMENTS_00819 | Griggs | Alicia | |
| 246 | COMMENTS_00823 | Gurley | Brenda | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|-------------|--------------------------|------------|--------------------------|
| 247 | COMMENTS_00827 | Hall | Sylvia | |
| 248 | COMMENTS_00840 | Hamm | Shirley | |
| 249 | COMMENTS_00861 | Hampton | Libra | Yes |
| 250 | COMMENTS_00864 | Handauras | Pamela | |
| 251 | COMMENTS_00869 | Hardy | Edna | |
| 252 | COMMENTS_00871 | Harley | Dolores | Yes |
| 253 | COMMENTS_00873 | Harris | Felicia | |
| 254 | COMMENTS_00875 | Harris | Lydia | |
| 255 | COMMENTS_00877 | Harris | Roslyn | Yes |
| 256 | COMMENTS_00881 | Harrison | Geneva | |
| 257 | COMMENTS_00883 | Harrison | Gerline | |
| 258 | COMMENTS_00886 | Harrison | Rhonda | |
| 259 | COMMENTS_00890 | Hassell | Leona | |
| 260 | COMMENTS_00895 | Hawkins | Desiree | |
| 261 | COMMENTS_00897 | Hawkins | Janet | |
| 262 | COMMENTS_00900 | Hayword | Nicole | |
| 263 | COMMENTS_00904 | Helwig (Lenox Hill Neighborhood House) | Chris | Yes |
| 264 | COMMENTS_00909 | Hemdia | Luz | |
| 265 | COMMENTS_00910 | Henriquez | Ana | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 266 | COMMENTS_00912 | Henriquez | Elias | |
| 267 | COMMENTS_00914 | Heredia | Ada | |
| 268 | COMMENTS_00916 | Hernandez | Aurelio | Yes |
| 269 | COMMENTS_00918 | Hernandez | Jorge | |
| 270 | COMMENTS_00920 | Hernandez | Maurice | |
| 271 | COMMENTS_00922 | Hernandez | Selina | |
| 272 | COMMENTS_00926 | Hescott | Natasha | |
| 273 | COMMENTS_00943 | Heyward | Daisy | |
| 274 | COMMENTS_00955 | Hiciano | Teodosa | |
| 275 | COMMENTS_00958 | Hildago | Mireya | Yes |
| 276 | COMMENTS_00961 | Higgins | Michael | |
| 277 | COMMENTS_00967 | Hobbs | Anna | |
| 278 | COMMENTS_00973 | Hodge | Loray | |
| 279 | COMMENTS_00975 | Holchmulher | Barbara | |
| 280 | COMMENTS_01045 | Holder | Veronica | |
| 281 | COMMENTS_01050 | Holliday | Renita | |
| 282 | COMMENTS_01064 | Holmes | Jacklyne | Yes |
| 283 | COMMENTS_01068 | Holt | Erica | Yes |
| 284 | COMMENTS_01071 | Howard | Martha | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 285 | COMMENTS_01073 | Huang | Lin | |
| 286 | COMMENTS_01092 | Huertas | Angelina | |
| 287 | COMMENTS_01094 | Huggins | Claris | |
| 288 | COMMENTS_01097 | Humphrey | Lauretta | Yes |
| 289 | COMMENTS_01100 | Hutchinson | Kimberly | |
| 290 | COMMENTS_01102 | Hutchinson | Lynda | Yes |
| 291 | COMMENTS_01106 | Igiebor | Ehimwenma Agogor | |
| 292 | COMMENTS_01114 | Iglesia | Nellie | |
| 293 | COMMENTS_01117 | Ingram | Gregory | |
| 294 | COMMENTS_01125 | Jackie Robinson Residents Association | | |
| 295 | COMMENTS_01128 | Jackson | Amelia | |
| 296 | COMMENTS_01130 | Jackson | Emma | |
| 297 | COMMENTS_01134 | Jackson | Regina | |
| 298 | COMMENTS_01136 | Jaime | Manuel | |
| 299 | COMMENTS_01138 | James, Public Advocate for the City of New York | Letitia | Yes |
| 300 | COMMENTS_01142 | James | Sabrona | |
| 301 | COMMENTS_01144 | Jerez | Ana | |
| 302 | COMMENTS_01146 | Jessica | Marshall | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 303 | COMMENTS_01147 | Jeter | Latasia | |
| 304 | COMMENTS_01150 | Jewett | Donna | |
| 305 | COMMENTS_01152 | Jocabe Zion | Marie | |
| 306 | COMMENTS_01154 | John | Diana | |
| 307 | COMMENTS_01158 | Johnson | Snell | |
| 308 | COMMENTS_01160 | Johnson | Faremia | |
| 309 | COMMENTS_01166 | Johnson | Janet | |
| 310 | COMMENTS_01168 | Johnson | Lawrence and Leslie | |
| 311 | COMMENTS_01172 | Johnson | Lucinda | |
| 312 | COMMENTS_01175 | Johnson | T. | |
| 313 | COMMENTS_01176 | Johnson | Tanya | |
| 314 | COMMENTS_01180 | Johnson | Tina | |
| 315 | COMMENTS_01183 | Johnson | Willis | |
| 316 | COMMENTS_01185 | Johnson | Yvonne | |
| 317 | COMMENTS_01195 | Jones | Ebony | |
| 318 | COMMENTS_01198 | Jones | Gloria | |
| 319 | COMMENTS_01202 | Jones | Lillian | |
| 320 | COMMENTS_01204 | Jones | Rodney | |
| 321 | COMMENTS_01206 | Jones | Uronda | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 322 | COMMENTS_01210 | Jones | Victoria | |
| 323 | COMMENTS_01213 | Josey | Lillian | |
| 324 | COMMENTS_01216 | Joyner | Vernice | Yes |
| 325 | COMMENTS_01218 | Kane | Dottie | |
| 326 | COMMENTS_01219 | Kendricks | Fontina | |
| 327 | COMMENTS_01221 | King | Jacqueline | |
| 328 | COMMENTS_01227 | King | Shao Shing | |
| 329 | COMMENTS_01230 | Kinsey | Dorothy | |
| 330 | COMMENTS_01232 | Komatsu | Towaki | Yes |
| 331 | COMMENTS_01236 | Kremerov | Tommy | |
| 332 | COMMENTS_01237 | Kuzichkina | Raisa | |
| 333 | COMMENTS_01239 | Laboy | Julio | |
| 334 | COMMENTS_01240 | Lavau | Lawrence | |
| 335 | COMMENTS_01244 | LeBron | Olga | |
| 336 | COMMENTS_01252 | Ledesam | Octaviano | |
| 337 | COMMENTS_01255 | Lee | Howard | |
| 338 | COMMENTS_01264 | Legal Aid Society | | Yes |
| 339 | COMMENTS_01268 | Leo de Blas | Jana | |
| 340 | COMMENTS_01281 | Leon | Koffi Kouame | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 341 | COMMENTS_01283 | Liner | Mary | |
| 342 | COMMENTS_01286 | Lipman | Saphire | |
| 343 | COMMENTS_01290 | Lopez | Ray | |
| 344 | COMMENTS_01294 | Livingston | Abraham | |
| 345 | COMMENTS_01299 | Llauger | Paula | |
| 346 | COMMENTS_01304 | Lloyd | Sadie | |
| 347 | COMMENTS_01307 | Lopez | Louisa | |
| 348 | COMMENTS_01314 | Lopez | Ernesto | |
| 349 | COMMENTS_01315 | Lopez | Maria | Yes |
| 350 | COMMENTS_01317 | Lopez | Milagros | Yes |
| 351 | COMMENTS_01319 | Lopez | Tiffany | |
| 352 | COMMENTS_01320 | Lowrance | Gary | |
| 353 | COMMENTS_01323 | Lozada | Emma | |
| 354 | COMMENTS_01328 | Lucas Jr. | Norman | |
| 355 | COMMENTS_01330 | Lugo | Clotilde | |
| 356 | COMMENTS_01332 | Lynn | Patricia | Yes |
| 357 | COMMENTS_01335 | Macias | Nola | |
| 358 | COMMENTS_01337 | Mack | Eliza and Carole | Yes |
| 359 | COMMENTS_01341 | Mack-Breggs | Helen | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 360 | COMMENTS_01345 | Maiga | Nafisah | |
| 361 | COMMENTS_01347 | Maker | Nozahy | |
| 362 | COMMENTS_01352 | Maldonado | Jimmy | |
| 363 | COMMENTS_01358 | Maldonado | Rafaela | |
| 364 | COMMENTS_01360 | Marrow | Addie | Yes |
| 365 | COMMENTS_01363 | Martin | Zac | Yes |
| 366 | COMMENTS_01365 | Martinez | Argentina | |
| 367 | COMMENTS_01367 | Martinez | Julia | |
| 368 | COMMENTS_01369 | Martinez | Karla | |
| 369 | COMMENTS_01371 | Martinez (South Jamaica Houses Tenant Association) | Manuel | Yes |
| 370 | COMMENTS_01374 | Martinez | Maria | |
| 371 | COMMENTS_01399 | Martinez | Mildred | Yes |
| 372 | COMMENTS_01403 | Martz | Nany | |
| 373 | COMMENTS_01404 | Matos | Zenaida | |
| 374 | COMMENTS_01406 | Mau | K. | |
| 375 | COMMENTS_01409 | Mayam | Priest Manatazach | |
| 376 | COMMENTS_01411 | Mays | Octavia | |
| 377 | COMMENTS_01413 | McCorkle | Gloria | |
| 378 | COMMENTS_01415 | McCormick | Cora | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 379 | COMMENTS_01417 | McCoy | Barbara | Yes |
| 380 | COMMENTS_01420 | McGillicuddy | Father Sean | |
| 381 | COMMENTS_01423 | McGuire | Hugh | |
| 382 | COMMENTS_01425 | McKenzi | Shirly | |
| 383 | COMMENTS_01426 | McLean | Vera | |
| 384 | COMMENTS_01432 | McLoyrd-Pratt | Michelle | |
| 385 | COMMENTS_01437 | McNamara | Thomas | |
| 386 | COMMENTS_01439 | McPhee | Mark | |
| 387 | COMMENTS_01441 | Meade | Ethel | Yes |
| 388 | COMMENTS_01444 | Medina | Brenda | |
| 389 | COMMENTS_01446 | Medina | Judith | |
| 390 | COMMENTS_01447 | Medina | Maria | |
| 391 | COMMENTS_01450 | Meed | Annette | |
| 392 | COMMENTS_01454 | Meeks | Edward | |
| 393 | COMMENTS_01459 | Melbourne | Shareena | |
| 394 | COMMENTS_01462 | Melendez Rodriguez | Evelyn | Yes |
| 395 | COMMENTS_01464 | Melton | Deidre | |
| 396 | COMMENTS_01466 | Mendez | Letitia | |
| 397 | COMMENTS_01470 | Menjivar | Maria | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 398 | COMMENTS_01472 | Mercado | Josephine | Yes |
| 399 | COMMENTS_01473 | Mercer | Jocelyn | |
| 400 | COMMENTS_01475 | Michella | Marie | |
| 401 | COMMENTS_01478 | Middleton | Latee | |
| 402 | COMMENTS_01480 | Miller | Tereasa | |
| 403 | COMMENTS_01485 | Miller | Trina | |
| 404 | COMMENTS_01488 | Mills | Linda | |
| 405 | COMMENTS_01490 | Minto | Sonia | |
| 406 | COMMENTS_01492 | Miranda | Rosa | |
| 407 | COMMENTS_01493 | Mitchell | Karan | |
| 408 | COMMENTS_01498 | Moise | Suzelle | Yes |
| 409 | COMMENTS_01500 | Mojica | Diane | |
| 410 | COMMENTS_01504 | Molina | Benita | Yes |
| 411 | COMMENTS_01506 | Molina | Karen | |
| 412 | COMMENTS_01507 | Montalbo | Fanny | Yes |
| 413 | COMMENTS_01509 | Moore | Chauncey | Yes |
| 414 | COMMENTS_01511 | Moore | Linda | |
| 415 | COMMENTS_01513 | Moore | Nicole | Yes |
| 416 | COMMENTS_01517 | Morale | Marie | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 417 | COMMENTS_01519 | Morales | Adeliz | |
| 418 | COMMENTS_01520 | Morales | Felichia | |
| 419 | COMMENTS_01524 | Morales | Maria | |
| 420 | COMMENTS_01544 | Morales | Martha | |
| 421 | COMMENTS_01546 | Moran | Tiffany | |
| 422 | COMMENTS_01550 | Morcia | Maria | |
| 423 | COMMENTS_01551 | Morgan Smith | Keiva | Yes |
| 424 | COMMENTS_01558 | Morgan | Denise | |
| 425 | COMMENTS_01561 | Morgan | Yolanda | |
| 426 | COMMENTS_01562 | Mullen | Abby | |
| 427 | COMMENTS_01566 | Murray | Barbara | |
| 428 | COMMENTS_01572 | Murray | Veronica | |
| 429 | COMMENTS_01574 | Mushi | Peter | |
| 430 | COMMENTS_01576 | Muszak | Aleksandra | |
| 431 | COMMENTS_01597 | Nazario | Norma | |
| 432 | COMMENTS_01599 | Negron | Amaury | Yes |
| 433 | COMMENTS_01601 | Niang | N'Deye | |
| 434 | COMMENTS_01604 | Nieves Sanchez | Bianca | |
| 435 | COMMENTS_01606 | Nieves | Carmen | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 436 | COMMENTS_01608 | Nieves | Maria | |
| 437 | COMMENTS_01610 | Nunez | Juana | |
| 438 | COMMENTS_01612 | Nunez-Ueki | Yandeyra | Yes |
| 439 | COMMENTS_01616 | Ocakis | Julia | |
| 440 | COMMENTS_01617 | Ocasio | Carmen | |
| 441 | COMMENTS_01618 | Ocasio | Cynthia | |
| 442 | COMMENTS_01619 | Olivo | Nereida | |
| 443 | COMMENTS_01622 | Olmo | Blanca | |
| 444 | COMMENTS_01623 | Ortega | Amy | |
| 445 | COMMENTS_01624 | Ortiz | Felix | |
| 446 | COMMENTS_01625 | Ortiz | Linda | Yes |
| 447 | COMMENTS_01627 | Ortiz | Maria | Yes |
| 448 | COMMENTS_01629 | Ortiz | Maritza | |
| 449 | COMMENTS_01631 | Ortiz | Menerva | |
| 450 | COMMENTS_01632 | Ortiz | Pennylane | |
| 451 | COMMENTS_01634 | Otero | Monserrate | |
| 452 | COMMENTS_01637 | Owens | Betty | |
| 453 | COMMENTS_01643 | Padilla | Silvia | |
| 454 | COMMENTS_01657 | Pagan | Charlotte | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 455 | COMMENTS_01660 | Pagan | Sharon | |
| 456 | COMMENTS_01676 | Palaciov | Mike | |
| 457 | COMMENTS_01677 | Parker | Denise | |
| 458 | COMMENTS_01680 | Parker | Lakisha | Yes |
| 459 | COMMENTS_01683 | Parker | Lucille | |
| 460 | COMMENTS_01684 | Paszkowska | Helena | |
| 461 | COMMENTS_01686 | Patrick | Sita | |
| 462 | COMMENTS_01688 | Paul | Sandra | |
| 463 | COMMENTS_01693 | Paulina | Estella | Yes |
| 464 | COMMENTS_01695 | Paulino | Guillemina | |
| 465 | COMMENTS_01697 | Pawler | Cheryl | Yes |
| 466 | COMMENTS_01698 | Peacock | Shirley | |
| 467 | COMMENTS_01701 | Peguero | Catherine | |
| 468 | COMMENTS_01704 | Pena Marte | Altagracia | |
| 469 | COMMENTS_01706 | Pena | Ramona | |
| 470 | COMMENTS_01708 | Pena | Vanessa | |
| 471 | COMMENTS_01712 | Penon | Rita | |
| 472 | COMMENTS_01714 | Perez | Noemi | |
| 473 | COMMENTS_01718 | Perez | Avamaria | Yes |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 474 | COMMENTS_01720 | Perez | Eneida | |
| 475 | COMMENTS_01722 | Perez | Jose | |
| 476 | COMMENTS_01723 | Perez | Maria | Yes |
| 477 | COMMENTS_01725 | Perez | Norma | Yes |
| 478 | COMMENTS_01728 | Perez | Soraya | |
| 479 | COMMENTS_01730 | Perkins | Precious | |
| 480 | COMMENTS_01734 | Perry | Charlene | |
| 481 | COMMENTS_01745 | Persall | Lillie | |
| 482 | COMMENTS_01748 | Peters | Latasha | |
| 483 | COMMENTS_01751 | Peterson | Darlene | Yes |
| 484 | COMMENTS_01753 | Peterson | Ronald | |
| 485 | COMMENTS_01754 | Peterson | Vanessa | Yes |
| 486 | COMMENTS_01761 | Pilgrim | Karen | |
| 487 | COMMENTS_01765 | Pina | Mariluz | |
| 488 | COMMENTS_01768 | Pineda | Diana | |
| 489 | COMMENTS_01779 | Pommelle | Carmelita | |
| 490 | COMMENTS_01783 | Porter | Elizabeth | |
| 491 | COMMENTS_01788 | Porto | Marilyn | |
| 492 | COMMENTS_01793 | Presio | Van | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|-------------|-------------------------|-----------|-------------------------|
| 493 | COMMENTS_01794 | Purvez | Imani | |
| 494 | COMMENTS_01796 | Quils | Maria | |
| 495 | COMMENTS_01801 | Quinones | Madeline | Yes |
| 496 | COMMENTS_01804 | Quinones | Rogelio | |
| 497 | COMMENTS_01806 | Ragin | Dorothy | |
| 498 | COMMENTS_01807 | Ragin | Ronald | |
| 499 | COMMENTS_01808 | Ralf | Vanease | |
| 500 | COMMENTS_01809 | Ramirez | Ayliphelet | Yes |
| 501 | COMMENTS_01813 | Ramos | Esteban | |
| 502 | COMMENTS_01817 | Ramos | Lizette | |
| 503 | COMMENTS_01820 | Ramos | Miriam | |
| 504 | COMMENTS_01823 | Rasado | Hilda | |
| 505 | COMMENTS_01824 | Ray | Louise | |
| 506 | COMMENTS_01826 | Rayford | Kendrenetta | |
| 507 | COMMENTS_01829 | Rayford | Pamela | Yes |
| 508 | COMMENTS_01833 | Reaves | Lorraine | |
| 509 | COMMENTS_01836 | Red Hook Initiative | | |
| 510 | COMMENTS_01838 | Reid | Natasha | |
| 511 | COMMENTS_01844 | Reid | Patricia Ann | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 512 | COMMENTS_01847 | Rexach | Carmen | |
| 513 | COMMENTS_01853 | Reyes | Elida | |
| 514 | COMMENTS_01854 | Reyes | Elizabeth | |
| 515 | COMMENTS_01858 | Reyes | Limbania | Yes |
| 516 | COMMENTS_01861 | Reyes | Loida | Yes |
| 517 | COMMENTS_01870 | Rhames | Harold | |
| 518 | COMMENTS_01874 | Rhodes | Cecilye | |
| 519 | COMMENTS_01876 | Richards | Carol | |
| 520 | COMMENTS_01878 | Richerson | Halana | |
| 521 | COMMENTS_01881 | Rios Quinones | Debbie | |
| 522 | COMMENTS_01883 | Rivera | Cruz | |
| 523 | COMMENTS_01885 | Rivera | Edward | |
| 524 | COMMENTS_01888 | Rivera | Marlene | |
| 525 | COMMENTS_01889 | Rivera | Marta | |
| 526 | COMMENTS_01891 | Rivera | Martha | |
| 527 | COMMENTS_01894 | Rivera | Nereida | |
| 528 | COMMENTS_01954 | Rivera | Norma | Yes |
| 529 | COMMENTS_01955 | Rivera | Virgilio & Jacqueline | |
| 530 | COMMENTS_01957 | Roa | Graciela | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 531 | COMMENTS_01958 | Robinson | Connie | |
| 532 | COMMENTS_01967 | Robinson | Stalyce | |
| 533 | COMMENTS_01970 | Rocchi | Maribel | |
| 534 | COMMENTS_01972 | Rodrigues | Louisa | Yes |
| 535 | COMMENTS_01975 | Rodriguez | Hilda | |
| 536 | COMMENTS_01979 | Rodriguez | Jose | |
| 537 | COMMENTS_01981 | Rodriguez | Maria | |
| 538 | COMMENTS_01983 | Rodriguez | Maribel | |
| 539 | COMMENTS_01984 | Rodriguez | Milagros | |
| 540 | COMMENTS_01987 | Rodriguez | Nancy | |
| 541 | COMMENTS_01990 | Rodriguez | Samuel | |
| 542 | COMMENTS_01992 | Rodriguez | Sarah | |
| 543 | COMMENTS_01994 | Rodriguez | Vanessa | |
| 544 | COMMENTS_01997 | Rodriguez-Soria | Marisol | |
| 545 | COMMENTS_02000 | Rojas | Hilda | |
| 546 | COMMENTS_02002 | Rojas | Juana | |
| 547 | COMMENTS_02004 | Rolon | Juan | |
| 548 | COMMENTS_02006 | Romero | Enna | |
| 549 | COMMENTS_02008 | Ron | Belrys | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 550 | COMMENTS_02009 | Rosado | Danielle | |
| 551 | COMMENTS_02011 | Rosado | Humberto | |
| 552 | COMMENTS_02013 | Rosario | Gloria | |
| 553 | COMMENTS_02015 | Ross | Kim | |
| 554 | COMMENTS_02017 | Ross | Tammy | |
| 555 | COMMENTS_02020 | Russell | Jimmie | |
| 556 | COMMENTS_02023 | Sabio | Tanya | |
| 557 | COMMENTS_02024 | Sadler | Debra | |
| 558 | COMMENTS_02028 | Salcedo | Jeannette | |
| 559 | COMMENTS_02030 | Sanchez | Ana Maria | Yes |
| 560 | COMMENTS_02038 | Sanchez | Crystaliz | |
| 561 | COMMENTS_02044 | Sanchez | Jovita | |
| 562 | COMMENTS_02046 | Sanchez | Santiaga | |
| 563 | COMMENTS_02048 | Sanders | Elaine | |
| 564 | COMMENTS_02052 | Sanders | John | Yes |
| 565 | COMMENTS_02054 | Santa | Ludin | |
| 566 | COMMENTS_02055 | Santiago | Carmen | |
| 567 | COMMENTS_02057 | Santoni | Providencia | |
| 568 | COMMENTS_02059 | Santos | Carmen | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 569 | COMMENTS_02060 | Santos | Maria | |
| 570 | COMMENTS_02062 | Sapp | Michelle | Yes |
| 571 | COMMENTS_02065 | Sapp | William | |
| 572 | COMMENTS_02068 | Saxon | Joyce | |
| 573 | COMMENTS_02069 | Scott | Albert | |
| 574 | COMMENTS_02071 | Scott | Mariaton | Yes |
| 575 | COMMENTS_02074 | Seda | Isabel | |
| 576 | COMMENTS_02076 | Selei | R. | |
| 577 | COMMENTS_02079 | Selman | Blake | |
| 578 | COMMENTS_02080 | Sepas | Maria | |
| 579 | COMMENTS_02081 | Serrano | Carmen | Yes |
| 580 | COMMENTS_02083 | Shabazz | Shaheed | |
| 581 | COMMENTS_02085 | Sherrod | Pamela | Yes |
| 582 | COMMENTS_02090 | Shields | Dana | |
| 583 | COMMENTS_02100 | Shiner | Cherry | |
| 584 | COMMENTS_02103 | Shorter | Lillie | |
| 585 | COMMENTS_02106 | Shtofmakher | Raisa | |
| 586 | COMMENTS_02112 | Shubick | Kevin | |
| 587 | COMMENTS_02116 | Shuler | Almena | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 588 | COMMENTS_02118 | Sierra | Sheenadahnara | Yes |
| 589 | COMMENTS_02119 | Simmons | Geraldine | Yes |
| 590 | COMMENTS_02121 | Simmons | Veronica | |
| 591 | COMMENTS_02124 | Sims | Nicole | |
| 592 | COMMENTS_02129 | Sims | Rachel | |
| 593 | COMMENTS_02133 | Skelly | Father Francis | |
| 594 | COMMENTS_02139 | Slade | Kiyana | |
| 595 | COMMENTS_02141 | Smith | Argentina | |
| 596 | COMMENTS_02144 | Smith | Felicia | |
| 597 | COMMENTS_02156 | Smith | Hiawatha | |
| 598 | COMMENTS_02159 | Smith (Mount Morris Park Senior Tenants) | Irene | |
| 599 | COMMENTS_02163 | Smith | Khala | Yes |
| 600 | COMMENTS_02165 | Smith | Omare | |
| 601 | COMMENTS_02166 | Smith | Paula | |
| 602 | COMMENTS_02168 | Smith | Tiffiny | |
| 603 | COMMENTS_02169 | Snyder | Lisa | |
| 604 | COMMENTS_02174 | Solis | Noemi | |
| 605 | COMMENTS_02177 | Soriano | Santa | |
| 606 | COMMENTS_02178 | Sorrentine | Iris | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 607 | COMMENTS_02181 | Sosa | Arelis | |
| 608 | COMMENTS_02185 | Soto | Ismael | Yes |
| 609 | COMMENTS_02187 | Soto | Maribel | Yes |
| 610 | COMMENTS_02189 | Soto | Tanairi | Yes |
| 611 | COMMENTS_02192 | Soto | Yveliss | |
| 612 | COMMENTS_02194 | Sotomayor | Bienvenido | |
| 613 | COMMENTS_02196 | Spellman | Lisa | |
| 614 | COMMENTS_02200 | Spellman | Shalom | |
| 615 | COMMENTS_02203 | Steager | Nicole | |
| 616 | COMMENTS_02205 | Stepanova | Natalia | |
| 617 | COMMENTS_02212 | Stewart | Donna | Yes |
| 618 | COMMENTS_02214 | Stinson | Lisa | Yes |
| 619 | COMMENTS_02217 | Stora | Skiboky | |
| 620 | COMMENTS_02219 | Suarez | Dana | |
| 621 | COMMENTS_02222 | Suggs | Ethel | |
| 622 | COMMENTS_02228 | Sulewska | Teresa | Yes |
| 623 | COMMENTS_02232 | Sutton | Maggie | |
| 624 | COMMENTS_02235 | Tapia | Irma | |
| 625 | COMMENTS_02239 | Taveras | Carmen & Bienvenido | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|-------------|--------------------------|------------|--------------------------|
| 626 | COMMENTS_02241 | Taveras | Eduarda | |
| 627 | COMMENTS_02243 | Taveras | Teresa | |
| 628 | COMMENTS_02250 | Taylor | Amanda | |
| 629 | COMMENTS_02252 | Taylor | Constance | |
| 630 | COMMENTS_02255 | Taylor | Lashawn | |
| 631 | COMMENTS_02260 | Taylor | Russell | |
| 632 | COMMENTS_02264 | Tegan | Hawenatha | |
| 633 | COMMENTS_02269 | Tenants and Residents of 62-60 108 Street | | |
| 634 | COMMENTS_02303 | Thomas | Angela | Yes |
| 635 | COMMENTS_02307 | Thomas | Kenneth | |
| 636 | COMMENTS_02310 | Thomas | Stacey | |
| 637 | COMMENTS_02313 | Thomas | Unique | |
| 638 | COMMENTS_02316 | Thomas-King | Marilyn | |
| 639 | COMMENTS_02322 | Thompson | John | |
| 640 | COMMENTS_02324 | Thompson | Tonia | |
| 641 | COMMENTS_02330 | Thornhill | Janice | |
| 642 | COMMENTS_02346 | Thornton | Jacqueline | |
| 643 | COMMENTS_02349 | Tibbs | Rhodesa | |
| 644 | COMMENTS_02352 | Tobs | Linda | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 645 | COMMENTS_02354 | Toon | Calice | Yes |
| 646 | COMMENTS_02356 | Torain | Edna | Yes |
| 647 | COMMENTS_02357 | Toribio | Francisca | |
| 648 | COMMENTS_02359 | Torrecilla | Denis | |
| 649 | COMMENTS_02360 | Torres | Ana | |
| 650 | COMMENTS_02365 | Torres | Emily | |
| 651 | COMMENTS_02370 | Torres | Michelle | |
| 652 | COMMENTS_02372 | Torres | Nina | |
| 653 | COMMENTS_02374 | Torres | Sylvia | |
| 654 | COMMENTS_02379 | Troche | Angel | |
| 655 | COMMENTS_02381 | Turman | Lisa | |
| 656 | COMMENTS_02416 | Turning the Tide | | Yes |
| 657 | COMMENTS_02419 | Tyler | Elaine | |
| 658 | COMMENTS_02424 | Underwood | Monica | Yes |
| 659 | COMMENTS_02428 | Valencia | Cynthia | |
| 660 | COMMENTS_02433 | Valentin | Maudeline | |
| 661 | COMMENTS_02435 | Valle | Norma | |
| 662 | COMMENTS_02437 | Vanderpool | Providencia | |
| 663 | COMMENTS_02440 | VanGoodman | Ada | |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|--------------|--------------------------|------------|--------------------------|
| 664 | COMMENTS_02442 | Vargas | Aura | Yes |
| 665 | COMMENTS_02444 | Vasquez | Carmen | Yes |
| 666 | COMMENTS_02446 | Vazquez | Maria | |
| 667 | COMMENTS_02450 | Vazquez | Rosael | Yes |
| 668 | COMMENTS_02452 | Vega | Agripina | Yes |
| 669 | COMMENTS_02455 | Vega | Gloria | Yes |
| 670 | COMMENTS_02458 | Veitla | Zulayke | |
| 671 | COMMENTS_02463 | Velasco | Steven | |
| 672 | COMMENTS_02464 | Velazquez | Rosa | |
| 673 | COMMENTS_02470 | Velez | Adelita | |
| 674 | COMMENTS_02472 | Velez | Luz | |
| 675 | COMMENTS_02474 | Venable | Betty | |
| 676 | COMMENTS_02478 | Ventura | Daniel | |
| 677 | COMMENTS_02481 | Viera | Nancy | |
| 678 | COMMENTS_02485 | Villafane | Marlene | |
| 679 | COMMENTS_02486 | Vines | Simone | Yes |
| 680 | COMMENTS_02492 | Watson | Joan | |
| 681 | COMMENTS_02495 | Webb-Shaw | Andrea | |
| 682 | COMMENTS_02498 | Weinbaum (on behalf of Crescencia Cardenas) | Samuel | Yes |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 683 | COMMENTS_02503 | Wells | Rylo | |
| 684 | COMMENTS_02504 | Welshel | R. | |
| 685 | COMMENTS_02507 | White | Monique | |
| 686 | COMMENTS_02510 | White | Pacheatte | |
| 687 | COMMENTS_02512 | White | Samantha | |
| 688 | COMMENTS_02514 | White | Valerie | |
| 689 | COMMENTS_02518 | Williams, Jr. | Robert | Yes |
| 690 | COMMENTS_02522 | Williams | Annie | |
| 691 | COMMENTS_02523 | Williams | Elaine | |
| 692 | COMMENTS_02526 | Willams | Helen | |
| 693 | COMMENTS_02530 | Williams | Kayaswonna | Yes |
| 694 | COMMENTS_02566 | Williams | Louise | |
| 695 | COMMENTS_02570 | Williams | Michael | |
| 696 | COMMENTS_02574 | Williams | Ruby | |
| 697 | COMMENTS_02578 | Williams | Saleem | |
| 698 | COMMENTS_02581 | Williams | Sandra | |
| 699 | COMMENTS_02582 | Williams | Sharanda | Yes |
| 700 | COMMENTS_02585 | Williams | Supporia | Yes |
| 701 | COMMENTS_02590 | Williams | Thelma | Yes |

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|-----|-------------|--------------------------|------------|--------------------------|
| 702 | COMMENTS_02593 | Willis | Tevina | |
| 703 | COMMENTS_02594 | Wilson | Anthony | |
| 704 | COMMENTS_02598 | Wilson | Brenda | |
| 705 | COMMENTS_02603 | Wilson | Irene | |
| 706 | COMMENTS_02605 | Winfree | Rhonda | |
| 707 | COMMENTS_02612 | Winston | Janell | |
| 708 | COMMENTS_02619 | Woodcock | Melinda | |
| 709 | COMMENTS_02623 | Woods-Killins | Thelma | |
| 710 | COMMENTS_02625 | Woodson | Bernice | |
| 711 | COMMENTS_02627 | Wright | Andrea | |
| 712 | COMMENTS_02670 | Yancey | Tony & Trisha | Yes |
| 713 | COMMENTS_02674 | Young | Aaliyah | |
| 714 | COMMENTS_02675 | Young | Latoya & Taylar | |
| 715 | COMMENTS_02678 | Yusov | Yuri | Yes |
| 716 | COMMENTS_02681 | Anonymous | | |
| 717 | COMMENTS_02682 | Anonymous | | |
| 718 | COMMENTS_02684 | Anonymous | | |
| 719 | COMMENTS_02685 | Anonymous | | |