**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 14, 2018

**By ECF**
Hon. William H. Pauley III
U.S. District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

      RE:    *United States v. New York City Housing Authority*, 18 Civ. 5213 (WHP)
              *Baez, et al. v. New York City Housing Authority*, 13 Civ. 8916 (WHP)

Dear Judge Pauley:

      I am enclosing a number of written comments received by this Office on or after August 30, 2018, which were therefore not included with the previously filed comments. 18 Civ. 5213, Dkt. Entry 41; 13 Civ. 8916, Dkt. Entry 202. We are filing the same set of comments in both cases.

      As before, we have added Bates numbers to the comments for ease of reference, and have made redactions to the comments consistent with Federal Rule of Civil Procedure 5.2. We are also enclosing, for the convenience of the Court, a supplemental index organizing the comments by name and Bates number, and indicating whether the commenter indicated a desire to speak at the September 26, 2018 hearing.

      Thank you for your attention to this matter.

      Respectfully,

      GEOFFREY S. BERMAN
      United States Attorney

By: */s/ Sharanya Mohan*
      ROBERT WILLIAM YALEN
      MÓNICA P. FOLCH
      JACOB LILLYWHITE
      TALIA KRAEMER
      SHARANYA MOHAN
      Assistant United States Attorneys
      Tel.:  (212) 637-2722/6559/2639/2822/2737
      Fax:  (212) 637-2702
      Email:  robert.yalen@usdoj.gov
           monica.folch@usdoj.gov
           jacob.lillywhite@usdoj.gov
           talia.kraemer@usdoj.gov
           sharanya.mohan@usdoj.gov

Enclosures