*United States v. NYCHA*, 18 Civ. 5213 (WHP) and *Baez v. NYCHA*, 13 Civ. 8916 (WHP)
Index of Public Comments Received on or After 8/30/2018

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 720 | COMMENTS_02688 | Blain | JoAnn | |
| 721 | COMMENTS_02691 | Carrega | Shevonne | Yes |
| 722 | COMMENTS_02693 | Castro | Guilda | |
| 723 | COMMENTS_02694 | Crowder | Velma | |
| 724 | COMMENTS_02696 | Facey | Wilfred | |
| 725 | COMMENTS_02698 | Foreman | Robin | |
| 726 | COMMENTS_02700 | Jenkins | Kim | |
| 727 | COMMENTS_02703 | Jowers | Audrey | |
| 728 | COMMENTS_02704 | Lindsey | Ernestine | |
| 729 | COMMENTS_02707 | Lynn | Patricia | |
| 730 | COMMENTS_02711 | Odom | Gaytrina | Yes |
| 731 | COMMENTS_02715 | Peterson | Lillie | |
| 732 | COMMENTS_02717 | Powell | Rosalyn | |
| 733 | COMMENTS_02719 | Styles | Audrey | Yes |
| 734 | COMMENTS_02722 | Anonymous | | Yes |