*United States v. NYCHA* , 18 Civ. 5213 (WHP) and *Baez v. NYCHA* , 13 Civ. 8916 (WHP)
**Index of Public Comments Received on or After 9/14/2018**

| No. | Bates Number | Last Name or Entity Name | First Name | Asks to Speak at Hearing |
|---|---|---|---|---|
| 735 | COMMENTS_02726 | Hall | Mary | |
| 736 | COMMENTS_02731 | Hassell | Leona | |
| 737 | COMMENTS_02734 | Hernandez | Bliana | |
| 738 | COMMENTS_02741 | Murph | Delano | |
| 739 | COMMENTS_02743 | Ramos | Maria | |
| 740 | COMMENTS_02750 | Rivera | Nelida | |
| 741 | COMMENTS_02753 | Sagna | Famara | |
| 742 | COMMENTS_02758 | Smith | Tia-Sheba | Yes |
| 743 | COMMENTS_02761 | Barnes | Chirae | |
| 744 | COMMENTS_02768 | McDuffie | Carolyn | |
| 745 | COMMENTS_02771 | Owens | April | Yes |
| 746 | COMMENTS_02773 | Williams | Robert | Yes |