

HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW   125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Miriam Skolnik, Esq.
Direct Line: (212) 471-8457
mskolnik@herzfeld-rubin.com

October 5, 2018

VIA ECF AND EXPRESS MAIL

Hon. William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

   Re: **Baez, Maribel et al. v New York City Housing Authority**
      **Civil Action No. 13-cv-08916**

Dear Judge Pauley:

  We represent defendant New York City Housing Authority ("NYCHA") in the above-referenced matter. We are writing in response to Your Honor's question regarding the number of NYCHA residents employed by NYCHA. NYCHA records indicate that, as of October 1, 2018 2537 out of 11,182 NYCHA employees are NYCHA residents. A listing of the positions held by these employees is available should the Court require this information.

            Respectfully submitted,

            HERZFELD & RUBIN, P.C.

            /s/ *Miriam Skolnik*
            Miriam Skolnik