*United States v. NYCHA*, 18 Civ. 5213 (WHP) and *Baez v. NYCHA*, 13 Civ. 8916 (WHP)
Index of Public Comments Received on or After 9/25/2018

| No. | Bates Number | Last Name or Entity Name | First Name |
|---|---|---|---|
| 747 | COMMENTS_02777 | Barnes | Chirae |
| 748 | COMMENTS_02782 | Jones | Frederick |
| 749 | COMMENTS_02784 | Norvell | John Derek |
| 750 | COMMENTS_02785 | Patterson | Valencia |
| 751 | COMMENTS_02789 | Sepulveda | Javiel |
| 752 | COMMENTS_02793 | Turman | Lisa |
| 753 | COMMENTS_02797 | Wahtower | Kim |