

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

May 30, 2019

Erin M. Meyer
Pro Bono Counsel
d +1.212.969.5064
f 212.969.2900
EMeyer@proskauer.com
www.proskauer.com

Via ECF and Hand Delivery

Honorable William H. Pauley, III
United States District Court – Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007-1312

Re:   *Baez v. New York City Housing Authority*, 13 Civ. 8916 (WHP)

Dear Judge Pauley:

I am co-counsel to the Plaintiffs in this action. The Special Master, Professor Francis McGovern, has requested that I file on his behalf the enclosed Report and Recommendation and its two exhibits.

Respectfully submitted,

/s/ Erin M. Meyer

Cc (by e-mail): Miriam Skolnik (counsel to NYCHA), Professor Francis McGovern (Special Master)