```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

| | | |
|---|---|---|
| MARIBEL BAEZ, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | 13cv8916 |
| -against- | : | |
| | : | ORDER |
| NEW YORK CITY HOUSING AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

    By Order dated June 4, 2019, this Court gave notice of its intent to appoint Stout Risius & Ross, LLC ("Stout") as the Independent Data Analyst, Microecologies, Inc. ("Microecologies") as the Independent Mold Analyst, and Stout to develop certain prerequisites for launching the Ombudsperson's operations.  (ECF No. 227.)  The parties did not lodge any objections to these candidates.

    This Court has carefully reviewed the Special Master's Report & Recommendation and hereby adopts, in part, the Special Master's recommendations pursuant to Rule 53(f) of the Federal Rules of Civil Procedure.  This Court appoints Stout as the Independent Data Analyst and Microecologies as the Independent Mold Analyst for a six-month contract basis, and also appoints Stout to develop protocols to launch a call center and gather data regarding tenant call volumes and issues.  In accord with this Court's November 29, 2019 Opinion & Order, the Special Master shall, after approving the monthly invoices described in paragraphs 17 and 19 of the Revised Consent Decree, file monthly reports on the public docket setting forth the fees and expenses of Stout and Microecologies.

Stout shall confer with the Special Master regarding its data collection efforts. Assuming sufficient data is collected by September 4, 2019, Stout and/or the Special Master shall share that data with the parties.

In that event, this Court will conduct a status conference with the parties on September 13, 2019 at 3:00 p.m. The parties may submit any comments on the data collection or raise any issues to be discussed at the conference by letter filed no later than 5:00 p.m. on September 11, 2019.

Dated: June 25, 2019
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.