UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
                                                                :
MARIBEL BAEZ, *et al.*,                                         :
                                                                :
                Plaintiffs,               :
                                                                :
               -against-              :  13cv8916
                                                                :
NEW YORK CITY HOUSING                                           :  ORDER
AUTHORITY,                                                      :
                                                                :
                Defendant.                :
---------------------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

        The pre-motion teleconference scheduled for June 12, 2020 is adjourned to June 16, 2020 at 3:00 p.m.

Dated: June 10, 2020
       New York, New York

                                                 SO ORDERED:

                                                   WILLIAM H. PAULEY III
                                                       U.S.D.J.