UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------
MARIBEL BAEZ, *et al.*,

                Plaintiffs,

          -against-                      13cv8916

NEW YORK CITY HOUSING AUTHORITY,        ORDER

                Defendant.
-------------------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

        The Clerk of Court is directed to strike ECF Nos. 261 and 266.

Dated: October 5, 2020
       New York, New York

                                          SO ORDERED:

                                          WILLIAM H. PAULEY III
                                                U.S.D.J.