<div style="text-align:center">

Hon. James C. Francis IV (Ret.)
JAMS
620 Eighth Avenue, 34th Floor
New York, NY 10018

</div>

TEL: (212) 751-2700                                        EMAIL: JFrancis@jamsadr.com

<div style="text-align:center">December 7, 2020</div>

The Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

<div style="text-align:center">Re: Baez v. New York City Housing Authority
13 Civ. 8916 (WHP)</div>

Dear Judge Pauley:

    I have attached for your information, and to make them part of the public record, the invoices submitted by Stout Risius Ross LLC for work performed on this case in October 2020. One invoice is for $46,077.07, and represents work done by Stout as the Independent Data Analyst. The second is for $134,265.54, and represents work done in connection with Stout's operation of the Ombudsperson Call Center. I have approved both invoices in accordance with the order of appointment.

    Please contact me if you have any questions.

<div style="margin-left: 50%">
Yours very truly,

*[signature]*

James C. Francis IV
</div>