# INVOICE



**Invoice Date**
11/30/2020

**Invoice Number**
5491056

Bill To:
Ms. Elena Tenchikova Esq.
New York City Housing Authority
250 Broadway
9th Floor
New York, NY 10007
US

| | |
|---|---|
| **Reference #:** | **1425032706 - Rep# 12** |
| Billing Specialist: | Rovira, Lindsay |
| Email: | lrovira@jamsadr.com |
| Telephone: | 949-224-4632 |
| Employer ID: | 68-0542699 |

RE: **Baez, Maribel vs. New York City Housing Authority**
Representing: **New York City Housing Authority**

Neutral(s):  **Hon. James Francis IV (Ret.)**
Hearing Type: **COURT REFERENCE**   GC

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/2/20 | **Hon. James C Francis IV**<br>11/2/2020 - Emails with IMA, defendants | 0.10 | $500.00 | $50.00 | 1 | $50.00 |
| 11/2/20 | **Hon. James C Francis IV**<br>11/2/2020 - Review IMA email and prep for conference | 0.50 | $500.00 | $250.00 | 1 | $250.00 |
| 11/2/20 | **Hon. James C Francis IV**<br>11/2/2020 - Regularly scheduled all-hands call | 2.00 | $500.00 | $1,000.00 | 1 | $1,000.00 |
| 11/4/20 | **Hon. James C Francis IV**<br>11/4/2020 - Review invoices for Ombudsman; Email NYCHA re approval; Draft and file letter with court re same | 0.40 | $500.00 | $200.00 | 1 | $200.00 |
| 11/6/20 | **Hon. James C Francis IV**<br>11/6/2020 - Call w/ Judge Pauley re update on OCC quarterly report, roof fan project, in-apartment work, etc. | 0.75 | $500.00 | $375.00 | 1 | $375.00 |
| 11/6/20 | **Hon. James C Francis IV**<br>11/6/2020 - Conference call w/ defendants re roof fan project; In-apartment work; Transition of OCC, leak standard procedure, etc. | 1.00 | $500.00 | $500.00 | 1 | $500.00 |
| 11/18/20 | **Hon. James C Francis IV**<br>11/18/2020 - Review IDA email re OCC and respond | 0.20 | $500.00 | $100.00 | 1 | $100.00 |
| 11/20/20 | **Hon. James C Francis IV**<br>11/20/2020 - Review emails between parties re court motion & request motion papers from plaintiffs; Review NYCHA email re investigation & respond | 0.20 | $500.00 | $100.00 | 1 | $100.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **For Arbitration Cases, please contact your case manager for due date, otherwise, payment is due upon receipt.**

**Click here to pay**

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612

Printed on 12/8/2020 / **1425032706 - Rep# 12**

# INVOICE



**Invoice Date**
11/30/2020

**Invoice Number**
5491056

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/20/20 | **Hon. James C Francis IV**<br>11/20/2020 - Call with IDA re suggestions for OCC transition, investigation | 0.30 | $500.00 | $150.00 | 1 | $150.00 |
| 11/20/20 | **Hon. James C Francis IV**<br>11/20/2020 - Call with Dennis Walsh (federal monitor office) re ventilation project, investigation | 1.00 | $500.00 | $500.00 | 1 | $500.00 |
| 11/23/20 | **Hon. James C Francis IV**<br>11/23/2020 - Review emails from federal monitor, NYCHA, plaintiffs & respond | 0.30 | $500.00 | $150.00 | 1 | $150.00 |
| 11/23/20 | **Hon. James C Francis IV**<br>11/23/2020 - Review NYCHA Q26 report and prep for call with plaintiffs | 0.50 | $500.00 | $250.00 | 1 | $250.00 |
| 11/23/20 | **Hon. James C Francis IV**<br>11/23/2020 - Call with plaintiffs re ventilation project, in-apartment work, RAD conversions, NYCHA utilization of management tools, etc. | 1.00 | $500.00 | $500.00 | 1 | $500.00 |
| 11/24/20 | **Hon. James C Francis IV**<br>11/24/2020 - Draft letter to NYCHA re IMA | 0.20 | $500.00 | $100.00 | 1 | $100.00 |
| 11/24/20 | **Hon. James C Francis IV**<br>11/24/2020 - Preparation for call with plaintiffs and IMA | 0.25 | $500.00 | $125.00 | 1 | $125.00 |
| 11/24/20 | **Hon. James C Francis IV**<br>11/24/2020 - Call with plaintiffs and IMA re NYCHA email | 1.00 | $500.00 | $500.00 | 1 | $500.00 |

|  |  |
|---|---|
| Fees | $4,850.00 |
| **Fees** | $4,850.00 |
| **Invoice Total** | **$4,850.00** |

*Account Balance at 12/8/2020 $-800.00*

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **For Arbitration Cases, please contact your case manager for due date, otherwise, payment is due upon receipt.**

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

Printed on 12/8/2020 / **1425032706 - Rep# 12**