UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

MARIBEL BAEZ, *et al.*,

               Plaintiffs,

      -against-

NEW YORK CITY HOUSING
AUTHORITY,

              Defendant.

-----------------------------------------------------------

13cv8916

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, Senior United States District Judge:

      The parties having appeared for a pre-motion teleconference on December 9, 2020, this Court adopts the following schedule on consent:

   (1) Plaintiffs shall file their motion to enforce the Revised Consent Decree by December 21, 2020.

   (2) Defendant shall file its opposition by January 11, 2021.

   (3) Plaintiffs shall file their reply by January 19, 2021.

   (4) The parties shall appear for a telephonic oral argument on January 27, 2021 at 11:00 a.m. The dial-in number for the argument is (888) 363-4749.  The access code is 3070580.

Dated: December 9, 2020
      New York, New York

                        SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                            U.S.D.J.