**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

MARIBEL BAEZ, *et al.*,

                 Plaintiffs,

      -against-

NEW YORK CITY HOUSING
AUTHORITY,

             Defendant.

------------------------------------------------------------

Case No. 13 Civ. 8916 (WHP)

## PLAINTIFFS' NOTICE OF MOTION TO ENFORCE THE REVISED CONSENT DECREE

       Pursuant to Paragraph 30 of the Revised Consent Decree, Plaintiffs hereby move for

enforcement of the Revised Consent Decree against Defendant New York City Housing

Authority.  In support of this motion, Plaintiffs submit:

1.     The Memorandum of Law in Support of Plaintiffs' Motion to Enforce the Revised
Consent Decree, dated December 21, 2020.

2.     The Declaration of Erin M. Meyer, dated December 21, 2020, with exhibits.

Plaintiffs respectfully request oral argument on their motion.

Dated: December 21, 2020            Respectfully submitted,


                               By: /s/ *David A. Picon*

                               David A. Picon
                               Jennifer E. Tarr
                               Erin M. Meyer
                               Dominique Kilmartin
                               **PROSKAUER ROSE LLP**
                               11 Times Square
                               New York, NY 10036
                               Tel. 212-969-3000

dpicon@proskauer.com
jtarr@proskauer.com
emeyer@proskauer.com
dkilmartin@proskauer.com

By: */s/ Gregory Bass*

Gregory Bass
**NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE**
275 Seventh Avenue, Ste. 1506
New York, NY 10001
Tel. 212-633-6967
bass@nclej.org

By: */s/ Nancy S. Marks*

Nancy S. Marks
**NATURAL RESOURCES DEFENSE
COUNCIL**
40 West 20th Street
New York, NY 10011
Tel. 212-727-2700
nmarks@nrdc.org

*Attorneys for Plaintiffs*