UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

MARIBEL BAEZ, *et al.*,

                    Plaintiffs,

          -against-

NEW YORK CITY HOUSING
AUTHORITY,

                   Defendant.

------------------------------------------------------------

13cv8916

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        On December 21, 2020, this Court conducted a teleconference concerning the reappointment of Stout Risius Ross, LLC ("Stout") as the Independent Data Analyst; Microecologies, Inc. ("Microecologies") as the Independent Mold Analyst; and César de Castro as the Ombudsperson (together with Stout and Microecologies, the "Independents"). In advance of the teleconference, the parties filed submissions praising the Independents for their work in this action and recommending that this Court reappoint them for an additional one-year term. (See ECF Nos. 278, 281, 292.) This Court has reviewed the parties' submissions and considered the points raised during the teleconference.

        This Court hereby reappoints Stout as the Independent Data Analyst; Microecologies as the Independent Mold Analyst; and Mr. de Castro as the Ombudsperson for a period commencing January 1, 2021 and continuing through December 31, 2021. The parties may file an application no later than November 30, 2021 concerning whether the terms of the Independents should be further extended. Additionally, the parties, Stout, and Mr. de Castro shall submit for this Court's review a joint proposal to reduce the costs of the Ombudsperson's

Call Center no later than January 20, 2021.

Dated: December 23, 2020
      New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

2