

January 20, 2021

Office of Mold Assessment and Remediation
c/o Elena Tenchikova
24 02 49th Avenue
Long Island City, NY 11101

| | |
|---|---|
| In Reference To: | Baez v. NYCHA - Ombudsperson Support |
| Project #: | 2041478 |
| Invoice #: | CINV-012213 |

| | Amount |
|---|---:|
| December 2020 consulting fees (Ombudsperson Support) | $144,328.75 |
| 20% hourly professional rate discount applied as courtesy to cause* | ($26,899.25) |
| Additional fees incurred but not invoiced as courtesy to cause** | ($9,832.50) |
| Call center development costs | $350.25 |
| Monthly call center operations costs – technology | $12,705.55 |
| Total Amount of This Bill | $120,652.80 |

\* In support of this important work and its focus on improving conditions for tenants in NYCHA housing facing mold and other moisture conditions, for this project only, a 20% discount to our hourly professional fees has been applied for all persons working on the project.

\*\* For purposes of this invoice we have elected not to invoice for certain time incurred related to our review of essential documents, preliminary discussions, and efforts to become more knowledgeable about data, information, and processes associated with the OMB support activities.

Please include the project number and invoice number with your payment. If you have any questions, contact Accounts Receivable at 248-208-8800.

Please remit check and invoice copy to:          **STOUT RISIUS ROSS, LLC**
                                                  P.O. Box 71770
                                                  Chicago, IL 60694-1770

Payments may be made electronically to:

**Invoice Payable Upon Receipt**
**Fed ID 38-3003685**

Investment Banking | Transaction Advisory | Valuation Advisory | Disputes, Compliance, & Investigations | Management Consulting