THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

7 World Trade Center
34th Floor
New York, New York 10007

646.200.6166 (main)
646.839.2682 (fax)

Account Statement

Prepared for New York City Housing Authority

Re: Baez v. New York City Housing Authority

| | |
|---|---:|
| Previous Balance | $5,050.00 |
| Current Charges | $5,030.00 |
| New Balance | $10,080.00 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $10,080.00 |
| Trust Account | $0.00 |

THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

7 World Trade Center
34th Floor
New York, New York 10007

646.200.6166 (main)
646.839.2682 (fax)

# INVOICE

New York City Housing Authority

Invoice Date: January 04, 2021
Invoice Number: 10907
Invoice Amount: $5,030.00

## Matter: Baez v. New York City Housing Authority

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 12/8/2020 | Reviewing Plaintiffs' pre-motion conference letter re: RAD conversion; Reviewing Plaintiff's memorandum in support of extending IMA, IDA, and OCC appointments; Reviewing NYCHA application re: same; reviewing press articles; Reviewing NYCHA communications with Plaintiffs regarding roof fan project; reviewing escalations emails and spreadsheet. | C.D. | 2.40 | $600.00 |
| 12/9/2020 | Attending telephone pre-motion conference before Judge Pauley. | C.D. | .50 | $125.00 |
| 12/15/2020 | Log on to zoom meeting until C. de Castro able to join. | V.G. | .20 | $35.00 |
| 12/15/2020 | All parties Zoom conference; telephone conference with Stout. | C.D. | 2.50 | $625.00 |
| 12/17/2020 | Email correspondence with Stout re: resident's request for information re: pending repairs. | C.D. | .20 | $50.00 |
| 12/17/2020 | Text and email communications with Stout; telephone conference with Special Master; reviewing materials, outlining, and drafting quarter 4 report; telephone conference with Plaintiff's representative; review email from NYCHA regarding reappointment of independent parties. | C.D. | 4.60 | $1,150.00 |
| 12/18/2020 | Review and edit quarter 4 report and send to C. de Castro. | V.G. | .40 | $70.00 |
| 12/18/2020 | Drafting Q4 report; email correspondence with Stout; email correspondence with Court; reviewing email correspondence and letter from NYCHA counsel re: reappointment of independent experts. | C.D. | 2.60 | $650.00 |
| 12/19/2020 | Reviewing suggested edits/comments on | C.D. | 1.10 | $275.00 |

|            |                                                                                                                 |      |       |          |
|------------|-----------------------------------------------------------------------------------------------------------------|------|-------|----------|
|            | Ombudsperson Q4 report and making edits; circulating the report to the parties.                                |      |       |          |
| 12/21/2020 | Telephone status conference with the Court; telephone conference with Stout.                                    | C.D. | 1.20  | $300.00  |
| SUBTOTAL:  |                                                                                                                 |      | 15.70 | $3,880.00 |

**Costs**

| 12/4/2020 | Expenses paid to videographer/editor for production of OCC video. | $1,150.00 |
|-----------|-------------------------------------------------------------------|-----------|
| SUBTOTAL: |                                                                   | $1,150.00 |

**Matter Ledgers**

| 12/1/2020 | Balance before last invoice | $0.00      |
|-----------|-----------------------------|------------|
| 12/1/2020 | Invoice 10898               | $5,050.00  |
| 1/4/2021  | Invoice 10907               | $5,030.00  |
| SUBTOTAL: |                             | $10,080.00 |

**Trust Account**

| 1/4/2021           | Previous Balance | $0.00 |
|--------------------|------------------|-------|
| Available in Trust:|                  | $0.00 |

TOTAL: $5,030.00

PREVIOUS BALANCE DUE: $5,050.00

CURRENT BALANCE DUE AND OWING: $10,080.00