Hon. James C. Francis IV (Ret.)<br>
JAMS<br>
620 Eighth Avenue, 34th Floor<br>
New York, NY 10018

TEL: (212) 751-2700                                         EMAIL: JFrancis@jamsadr.com

February 12, 2021

The Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: Baez v. New York City Housing Authority
          13 Civ. 8916 (WHP)

Dear Judge Pauley:

    In accordance with the order of appointment, I am submitting for approval the attached invoice and summary reflecting my time expended on this case in January 2021. The total amount of this invoice is $7,400.00.

    Please contact me if you have any questions.

                                Yours very truly,

                                James C. Francis IV