# INVOICE



**Invoice Date**
1/29/2021

**Invoice Number**
5560618

Bill To: **Ms. Elena Tenchikova Esq.**
**New York City Housing Authority**
**250 Broadway**
**9th Floor**
**New York, NY 10007**
**US**

| | |
|---|---|
| **Reference #:** | **1425032706 - Rep# 12** |
| Billing Specialist: | Rovira, Lindsay |
| Email: | lrovira@jamsadr.com |
| Telephone: | 949-224-4632 |
| Employer ID: | 68-0542699 |

RE: **Baez, Maribel vs. New York City Housing Authority**
Representing: **New York City Housing Authority**

Neutral(s):  **Hon. James Francis IV (Ret.)**
Hearing Type: **COURT REFERENCE**   GC

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 1/4/21 | **Hon. James C Francis IV** <br> 1/4/2021 - Regular call with OMAR, IMA, federal monitor re roof fan project, asbestos issue, etc. | 1.30 | $500.00 | $650.00 | 1 | $650.00 |
| 1/5/21 | **Hon. James C Francis IV** <br> 1/5/2021 - Review invoices and time records for IMA, IDA, Ombudsperson; Draft and file letter with court re same; Email NYCHA re same; Review email from IDA re OCC and respond | 1.30 | $500.00 | $650.00 | 1 | $650.00 |
| 1/6/21 | **Hon. James C Francis IV** <br> 1/6/2021 - Call with plaintiffs re roof fan project, in-apartment work, communications with independents, RAD/PACT projects, etc. | 0.90 | $500.00 | $450.00 | 1 | $450.00 |
| 1/7/21 | **Hon. James C Francis IV** <br> 1/7/2021 - Review IMA emails; Review federal monitor email to NYCHA & NYCHA response; Send email to IMA | 0.20 | $500.00 | $100.00 | 1 | $100.00 |
| 1/8/21 | **Hon. James C Francis IV** <br> 1/8/2021 - Review email from IDA re OCC support and respond | 0.10 | $500.00 | $50.00 | 1 | $50.00 |
| 1/11/21 | **Hon. James C Francis IV** <br> 1/11/2021 - Email to NYCHA, etc. re OMAR meeting; Review responses | 0.10 | $500.00 | $50.00 | 1 | $50.00 |
| 1/13/21 | **Hon. James C Francis IV** <br> 1/13/2021 - Emails with IDA re project re RAD/PACT conversions | 0.10 | $500.00 | $50.00 | 1 | $50.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **For Arbitration Cases, please contact your case manager for due date, otherwise, payment is due upon receipt.**

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

Printed on 2/9/2021 / **1425032706 - Rep# 12**

# INVOICE



**Invoice Date**
1/29/2021

**Invoice Number**
5560618

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 1/14/21 | **Hon. James C Francis IV** <br> 1/14/2021 - Review joint proposal for OCC support costs & NYCHA comments; Emails with IDA | 0.50 | $500.00 | $250.00 | 1 | $250.00 |
| 1/19/21 | **Hon. James C Francis IV** <br> 1/19/2021 - Review NYCHA modifications to OCC support proposal | 0.30 | $500.00 | $150.00 | 1 | $150.00 |
| 1/19/21 | **Hon. James C Francis IV** <br> 1/19/2021 - Call with parties, IDA, Ombudsperson re draft proposal for OCC support | 0.75 | $500.00 | $375.00 | 1 | $375.00 |
| 1/19/21 | **Hon. James C Francis IV** <br> 1/19/2021 - OMAR conference call re asbestos progress, IMA proposal | 0.90 | $500.00 | $450.00 | 1 | $450.00 |
| 1/20/21 | **Hon. James C Francis IV** <br> 1/20/2021 - Review NYCHA, plaintiffs and Stout revisions to OCC support proposal | 0.40 | $500.00 | $200.00 | 1 | $200.00 |
| 1/21/21 | **Hon. James C Francis IV** <br> 1/21/2021 - Call with plaintiffs re PACT/RAD | 0.40 | $500.00 | $200.00 | 1 | $200.00 |
| 1/21/21 | **Hon. James C Francis IV** <br> 1/21/2021 - Review email from IMA; Review final joint proposal for OCC support; Email IDA & Ombudsperson and review responses; Review email from IMA | 0.70 | $500.00 | $350.00 | 1 | $350.00 |
| 1/21/21 | **Hon. James C Francis IV** <br> 1/21/2021 - Call with IMA re asbestos issues, etc. | 0.75 | $500.00 | $375.00 | 1 | $375.00 |
| 1/21/21 | **Hon. James C Francis IV** <br> 1/21/2021 - Review and approve IDA, IMA, Ombudsperson invoices; Email to NYCHA; Draft letter to court and submit materials on PACER | 1.10 | $500.00 | $550.00 | 1 | $550.00 |
| 1/22/21 | **Hon. James C Francis IV** <br> 1/22/2021 - Prep for call with NYCHA; review and respond to emails from IDA, IMA, NYCHA | 0.60 | $500.00 | $300.00 | 1 | $300.00 |
| 1/22/21 | **Hon. James C Francis IV** <br> 1/22/2021 - Call with NYCHA re roof fans, asbestos, RAD/PACT, leak standard procedure, etc. | 1.10 | $500.00 | $550.00 | 1 | $550.00 |
| 1/25/21 | **Hon. James C Francis IV** <br> 1/25/2021 - Review NYCHA, IMA, and plaintiffs' emails re PACT | 0.30 | $500.00 | $150.00 | 1 | $150.00 |
| 1/25/21 | **Hon. James C Francis IV** <br> 1/25/2021 - Call with IDA re leak standard procedure pilot | 0.30 | $500.00 | $150.00 | 1 | $150.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **For Arbitration Cases, please contact your case manager for due date, otherwise, payment is due upon receipt.**

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
1/29/2021

**Invoice Number**
5560618

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 1/26/21 | **Hon. James C Francis IV**<br>1/26/2021 - Review leak standard procedure pilot report and review agenda items for conference | 0.50 | $500.00 | $250.00 | 1 | $250.00 |
| 1/26/21 | **Hon. James C Francis IV**<br>1/26/2021 - All-party conference call re roof fan project, in-unit ventilation work, leak standard procedure, resident outreach, etc. | 2.20 | $500.00 | $1,100.00 | 1 | $1,100.00 |
| | | | Fees | | | $7,400.00 |

| | | |
|---|---|---|
| | **Fees** | $7,400.00 |
| | **Invoice Total** | $7,400.00 |

*Account Balance at 2/9/2021 $8,250.00*

---

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **For Arbitration Cases, please contact your case manager for due date, otherwise, payment is due upon receipt.**

**Click here to pay**

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612