Hon. James C. Francis IV (Ret.)
JAMS
620 Eighth Avenue, 34th Floor
New York, NY 10018

TEL: (212) 751-2700             EMAIL: JFrancis@jamsadr.com

March 8, 2021

The Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

       Re: Baez v. New York City Housing Authority
           13 Civ. 8916 (WHP)

Dear Judge Pauley:

     In accordance with the order of appointment, I am submitting for approval the attached invoice and summary reflecting my time expended on this case in February 2021. The total amount of this invoice is $3,550.00.

     Please contact me if you have any questions.

Yours very truly,

*/s/ James C. Francis IV*

James C. Francis IV
