

# INVOICE

**Invoice Date**
2/26/2021

**Invoice Number**
5598954

Bill To: Ms. Elena Tenchikova Esq.
New York City Housing Authority
250 Broadway
9th Floor
New York, NY 10007
US

| | |
|---|---|
| **Reference #:** | 1425032706 - Rep# 12 |
| Billing Specialist: | Rovira, Lindsay |
| Email: | lrovira@jamsadr.com |
| Telephone: | 949-224-4632 |
| Employer ID: | 68-0542699 |

RE: **Baez, Maribel vs. New York City Housing Authority**
Representing: **New York City Housing Authority**

Neutral(s):   **Hon. James Francis IV (Ret.)**
Hearing Type:   **COURT REFERENCE**      GC

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 2/1/21 | **Hon. James C Francis IV** 2/1/2021 - Review IDA, IMA & NYCHA emails; prep for OMAR conference | 0.50 | $500.00 | $250.00 | 1 | $250.00 |
| 2/1/21 | **Hon. James C Francis IV** 2/1/2021 - Call with OMAR, IMA, federal monitor re roof fan project, asbestos, in-unit work | 0.90 | $500.00 | $450.00 | 1 | $450.00 |
| 2/2/21 | **Hon. James C Francis IV** 2/2/2021 - Review Sussman amicus letter submitted to court re PACT/RAD | 0.20 | $500.00 | $100.00 | 1 | $100.00 |
| 2/4/21 | **Hon. James C Francis IV** 2/4/2021 - Review letters submitted to Court by plaintiffs and NYCHA re PACT/RAD | 0.20 | $500.00 | $100.00 | 1 | $100.00 |
| 2/9/21 | **Hon. James C Francis IV** 2/9/2021 - Review NYCHA ventilation update | 0.20 | $500.00 | $100.00 | 1 | $100.00 |
| 2/9/21 | **Hon. James C Francis IV** 2/9/2021 - Review emails, comments on Leak Standard Procedures, etc. in preparation for calls | 0.30 | $500.00 | $150.00 | 1 | $150.00 |
| 2/9/21 | **Hon. James C Francis IV** 2/9/2021 - Call with Judge Pauley re roof fan project, duct cleaning, OCC support, Leak Standard Procedure, RAD/PACT, etc. | 0.50 | $500.00 | $250.00 | 1 | $250.00 |
| 2/9/21 | **Hon. James C Francis IV** 2/9/2021 - Call with IDA re OCC support, Leak Standard Procedure, NYCHA communications, etc. | 0.75 | $500.00 | $375.00 | 1 | $375.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **For Arbitration Cases, please contact your case manager for due date, otherwise, payment is due upon receipt.**

**Click here to pay**

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612

# INVOICE



**Invoice Date**
2/26/2021

**Invoice Number**
5598954

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 2/16/21 | **Hon. James C Francis IV**<br>2/16/2021 - Call with OMAR, IMA, federal monitor re EV/QAs, asbestos, in-apartment work, etc. | 0.90 | $500.00 | $450.00 | 1 | $450.00 |
| 2/16/21 | **Hon. James C Francis IV**<br>2/16/2021 - Emails with IDA re billing, plaintiffs; Review bills of IDA, IMA, Ombudsperson; Draft letter to court re invoices | 1.25 | $500.00 | $625.00 | 1 | $625.00 |
| 2/23/21 | **Hon. James C Francis IV**<br>2/23/2021 - File letter with court re invoices & exhibits | 0.20 | $500.00 | $100.00 | 1 | $100.00 |
| 2/23/21 | **Hon. James C Francis IV**<br>2/23/2021 - Call with all parties, IMA, IDA, Ombudsperson re follow-up on Leak Standard Procedure | 1.20 | $500.00 | $600.00 | 1 | $600.00 |
|  | Fees |  |  |  |  | $3,550.00 |
|  | **Fees** |  |  |  |  | $3,550.00 |
|  | **Invoice Total** |  |  |  |  | **$3,550.00** |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **For Arbitration Cases, please contact your case manager for due date, otherwise, payment is due upon receipt.**

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**