UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIBEL BAEZ; FELIPA CRUZ; RD., ON BEHALF OF HER MINOR CHILD, A.S.; on their own behalf and on behalf of all others similarly situated; UPPER MANHATTAN TOGETHER, INC.; and SOUTH BRONX CHURCHES SPONSORING COMMITTEE, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>NEW YORK CITY HOUSING AUTHORITY,<br><br>　　　　　　　　Defendant. | 13 Civ.  8916 (WHP)<br><br>Hon. William H. Pauley<br>United States District Judge<br><br>**MOTION TO WITHDRAW NANCY S. MARKS AS COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4 and the accompanying declaration, the undersigned respectfully moves to withdraw as counsel for Plaintiffs in the above-captioned case.

Dated: May 24, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Nancy S. Marks
　　　　　　　　　　　　　　　　Nancy S. Marks (SDNY Bar No. NM3348)
　　　　　　　　　　　　　　　　Natural Resources Defense Council
　　　　　　　　　　　　　　　　40 West 20th Street
　　　　　　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　　　　　　T: (212) 727-4414
　　　　　　　　　　　　　　　　nmarks@nrdc.org