UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIBEL BAEZ; FELIPA CRUZ; RD., ON BEHALF OF HER MINOR CHILD, A.S.; on their own behalf and on behalf of all others similarly situated; UPPER MANHATTAN TOGETHER, INC.; and SOUTH BRONX CHURCHES SPONSORING COMMITTEE, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NEW YORK CITY HOUSING AUTHORITY,<br><br>　　　　　　　Defendant. | 13 Civ. 8916 (WHP)<br><br>Hon. William H. Pauley<br>United States District Judge<br><br>**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW NANCY S. MARKS AS COUNSEL** |

I, Nancy S. Marks, declare as follows:

1. I am currently Senior Litigation Counsel at the Natural Resources Defense Council (NRDC), and I submit this declaration in support of my motion to withdraw as counsel for Plaintiffs in the above-captioned action.

2. I will be retiring on May 26, 2021. After that date, I will no longer be an employee of NRDC and will no longer represent Plaintiffs.

3. NRDC and co-counsel at National Center for Law and Economic Justice, Inc. and Proskauer Rose LLP have been representing Plaintiffs in this case to date, and new attorneys from NRDC will be entering their appearances. Plaintiffs do not expect that my withdrawal as counsel will cause any disruption in this matter.

1

4. I am not retaining or charging a lien.

5. As stated in the joint letter dated May 12, 2021, and so ordered by the Court on May 13, 2021, ECF No. 336, the parties are currently negotiating over a further revised consent decree and will submit a status letter to the Court on June 14, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 24, 2021                    Respectfully submitted,

/s/ Nancy S. Marks
Nancy S. Marks (SDNY Bar No. NM3348)
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, NY 10011
T: (212) 727-4414
nmarks@nrdc.org