| | | | | |
|---|---|---|---|---|
| **National Center for Law and Economic Justice**<br>275 Seventh Avenue<br>Suite 1506, New York, NY 10001<br>(212) 633-6967 | **Natural Resources Defense Council**<br>40 West 20th Street<br>New York, NY 10011<br>(212) 727-2700 | **Proskauer Rose LLP**<br>11 Times Square<br>New York, NY 10036<br>(212) 969-3000 | **Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of the Americas, New York, NY 10019<br>(212) 373-3000 | **Herzfeld & Rubin, P.C.**<br>125 Broad Street<br>New York, NY 10004<br>(212) 471-8500 |

June 14, 2021

Honorable William H. Pauley, III
United States District Court - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007-1312

Re:   *Baez, et al. v. New York City Housing Authority (NYCHA)*, No. 13-cv-8916 (WHP)

Dear Judge Pauley:

This letter is written on behalf of all parties in accordance with the Court's Memo Endorsement dated May 13, 2021, which directed the parties to submit a status letter by June 14, 2021.

As the Court is aware, the parties have been engaging in good faith negotiations regarding whether they intend to "propose either a further revised consent decree that includes all class members or a proposed pre-trial schedule for litigating this action." Those negotiations are still ongoing, and the parties require further time to determine whether they can reach mutually-agreeable terms. Accordingly, the parties propose submitting a further status report to the Court by July 12, 2021.

Respectfully submitted,

*/s/ David A. Picon*
David A. Picon

cc:  All counsel of record (via ECF)