UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| MARIBEL BAEZ, et al., | |
|---|---|
| Plaintiff, | |
| -against- | 13 Civ. 8916 (LAP) |
| NEW YORK CITY HOUSING AUTHORITY, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Special Master's June invoice (dkt. nos. 351, 351-1) in the amount of $6,425 is approved.

**SO ORDERED.**

Dated:   New York, New York
         July 13, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge