UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARIBEL BAEZ; FELIPA CRUZ; RD., ON BEHALF OF :
HER MINOR CHILD, A.S.; on their own behalf and :
on behalf of all others similarly situated; :
UPPER MANHATTAN TOGETHER, INC.; and :
SOUTH BRONX CHURCHES SPONSORING :
COMMITTEE, INC., :
                                                                                                                                         :

                                 Plaintiffs, :
                                                       :      13 Civ. 8916 (LAP)
    vs. :

NEW YORK CITY HOUSING AUTHORITY, :

                                 Defendant. :
------------------------------------------------------------------x

## DECLARATION OF DOMINIQUE KILMARTIN IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

DOMINIQUE KILMARTIN hereby declares:

1. I am currently an associate of the law firm Proskauer Rose LLP, attorneys for Plaintiffs in the above-referenced matter ("Plaintiffs"). I am admitted to practice *pro hac vice* in this matter, and I respectfully submit this Declaration in support of my Motion to Withdraw Appearance.

2. David A. Picon, Jennifer E. Tarr, and Erin M. Meyer of Proskauer Rose LLP will continue to represent Plaintiffs in this matter. Accordingly, my withdrawal will not create any prejudice or delay and will not otherwise affect any dates or deadlines in this action.

3. After August 13, 2021, I will no longer be an associate of Proskauer Rose LLP and will no longer represent Plaintiffs.

4. I am not asserting a retaining or charging lien.

5. I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
August 13, 2021

Respectfully submitted,
*/s/ Dominique Kilmartin*
Dominique Kilmartin
Proskauer Rose LLP Eleven Times Square New York, New York 10036
Tel:   (212)-969-3834
Fax:   (212) 969-2900