Hon. James C. Francis IV (Ret.)<br>
JAMS<br>
620 Eighth Avenue, 34th Floor<br>
New York, NY 10018

TEL: (212) 751-2700                                  EMAIL: JFrancis@jamsadr.com

November 11, 2021

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: Baez v. New York City Housing Authority
        13 Civ. 8916 (WHP)

Dear Judge Preska:

    In accordance with the order of appointment, I am submitting for approval the attached invoice and summary reflecting my time expended on this case in October 2021. The total amount of this invoice is $925.00.

    Please contact me if you have any questions.

                              Yours very truly,

                              James C. Francis IV