# INVOICE



**Invoice Date**
10/29/2021

**Invoice Number**
5932714

Bill To:
Ms. Elena Tenchikova Esq.
New York City Housing Authority
250 Broadway
9th Floor
New York, NY 10007
US

| | |
|---|---|
| **Reference #:** | **1425032706 - Rep# 12** |
| Billing Specialist: | Rovira, Lindsay |
| Email: | lrovira@jamsadr.com |
| Telephone: | 949-224-4632 |
| Employer ID: | 68-0542699 |

RE: **Baez, Maribel vs. New York City Housing Authority**
Representing: **New York City Housing Authority**

Neutral(s):   **Hon. James Francis IV, (Ret.)**
Hearing Type:   **COURT REFERENCE**   GC

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/25/21 | **Hon. James C Francis IV** 10/25/2021 - Regular OMAR call re roof fan project, in-apartment ventilation, leak standard procedure pre-pilot, etc. | 1.25 | $500.00 | $625.00 | 1 | $625.00 |
| 10/27/21 | **Hon. James C Francis IV** 10/27/2021 - Call with plaintiffs re resident communications, ventilation project, etc. | 0.60 | $500.00 | $300.00 | 1 | $300.00 |
| | | | | Fees | | $925.00 |

| | |
|---|---|
| **Fees** | **$925.00** |
| **Invoice Total** | **$925.00** |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **For Arbitration Cases, please contact your case manager for due date, otherwise, payment is due upon receipt.**

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**