UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIBEL BAEZ, *et al.*,

        Plaintiffs,

-against-

NEW YORK CITY HOUSING AUTHORITY,

        Defendant.

13 Civ. 8916 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has been advised that Congressman Ritchie Torres has requested a comprehensive report on the progress that the New York City Housing Authority ("NYCHA") has made and the challenges that it faces in remediating problems of mold and moisture in NYCHA apartments.  This report is being prepared jointly by NYCHA and Neil Steinkamp, the Independent Data Analyst appointed pursuant to the Baez Consent Decree.  The Court requests a copy of the report upon its completion.

SO ORDERED.

Dated:    New York, New York
            January 20, 2023

                        */s/ Loretta A. Preska*
                        LORETTA A. PRESKA
                        Senior United States District Judge