Hon. James C. Francis IV (Ret.)
JAMS
620 Eighth Avenue, 34th Floor
New York, NY 10018

TEL: (212) 751-2700                                    EMAIL: JFrancis@jamsadr.com

February 2, 2023

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: Baez v. New York City Housing Authority
          13 Civ. 8916 (LAP)

Dear Judge Preska:

    I have attached for your information, and to make them part of the public record, invoices submitted by Microecologies, Inc. for work performed on this case in December 2022, consisting of consulting ($13,303.13) and inspections ($23,534.38). I have approved both invoices in accordance with the order of appointment.

    Please contact me if you have any questions.

                                      Yours very truly,

                                      James C. Francis IV