# Invoice

Microecologies, Inc.
2 Appleview Lane PO Box 148
Marlboro, NY 12542
212-755-3265 917-463-4245 fax

| DATE | INVOICE # |
|---|---|
| 1/24/2023 | 404332 |

| BILL TO | SHIP TO |
|---|---|
| New York City Housing Authority<br>250 Broadway<br>New York, NY 10007 | |

| P.O. NUMBER | TERMS | Insp |
|---|---|---|
| | net 30 days | CM |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| Consultation | -Mold and Water Damage Consulting Work charges for December 2022 - $2,028.13 (see Timesheet/Billing Log)<br>-Special Project - Exhaust Ventilation charges for December 2022 - $234.38 (see Timesheet/Billing Log)<br>-Special Project - Enhanced Oversight Program (EOP) charges for December 2022 - $11,040.63 (see Timesheet/Billing Log)<br>  -Consulting (eg. Check-In Meetings, prep/review of Wall Cavity Plumbing Assessment Project Interim Summary Report) - $6,887.50<br>  -EOP QA Inspections - $4,153.13 | | 13,303.13 | 13,303.13 |
| | Sales Tax | | 8.875% | 0.00 |

**Total**  $13,303.13