# Invoice

Microecologies, Inc.
2 Appleview Lane PO Box 148
Marlboro, NY 12542
212-755-3265 917-463-4245 fax

| DATE | INVOICE # |
|---|---|
| 1/24/2023 | 404333 |

| BILL TO | SHIP TO |
|---|---|
| New York City Housing Authority<br>250 Broadway<br>New York, NY 10007 | |

| P.O. NUMBER | TERMS | Insp |
|---|---|---|
| | net 30 days | CM |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| Consultation | IMA standard inspection charges for December 2022 (17 inspections at $843.75 per inspection = $14,343.75) | | 14,343.75 | 14,343.75 |
| Consultation | IMA Additional Inspection Charges for December 2022 | | 0.00 | 0.00 |
| Consultation | IMA Report Prep/Review Charges (Senior Investigator) for December 2022 (17 reports at $421.88 per report = $7,171.88) | | 7,171.88 | 7,171.88 |
| Consultation | IMA Report Review Charges (CIH) for December 2022 (17 reports at $118.75 per report = $2,018.75) | | 2,018.75 | 2,018.75 |
| | Sales Tax | | 8.875% | 0.00 |

**Total** $23,534.38