Hon. James C. Francis IV (Ret.)<br>
JAMS<br>
620 Eighth Avenue, 34th Floor<br>
New York, NY 10018

TEL: (212) 751-2700                                         EMAIL: JFrancis@jamsadr.com

March 22, 2023

The Honorable Loretta A. Preska  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

      Re: Baez v. New York City Housing Authority  
         13 Civ. 8916 (LAP)

Dear Judge Preska:

    In accordance with the order of appointment, I am submitting for approval the attached invoice and summary reflecting my time expended on this case in February 2023. The total amount of this invoice is $3,175.00.

    Please contact me if you have any questions.

Yours very truly,<br>
<i>James C. Francis IV</i><br>
James C. Francis IV

The invoice is approved.

SO ORDERED.

*Loretta A. Preska*  
3/23/2023