UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAEZ, et al.,

                Plaintiffs,

-against-

NEW YORK CITY HOUSING AUTHORITY,

                Defendant.

No. 13-CV-8916 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court hereby grants the parties' joint request [dkt. no. 458] to reappoint the Independents through December 31, 2024. The parties may move the Court by no later than December 7, 2024 for further reappointment of the Independents.

**SO ORDERED.**

Dated:    November 27, 2023
           New York, New York

                                _____
                                LORETTA A. PRESKA
                                Senior United States District Judge