UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIBEL BAEZ, ET AL.,

              Plaintiffs,

-against-

NEW YORK CITY HOUSING AUTHORITY,

              Defendant.

13-CV-08916 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of (1) Mr. Antony Montero's letter, (dkt. no 519), and (2) the parties' joint response, (dkt. no. 520). As Mr. Montero acknowledges in his letter, (dkt. no. 519 at 1), he is not a member of the Baez class and therefore not a party to this action. While Mr. Montero has matters in state and federal court that address claims similar to the claims in this case, Mr. Montero has no standing to seek relief in connection with the Baez litigation. Accordingly, Mr. Montero's requested relief is DENIED.

**SO ORDERED.**

Dated:    New York, New York
            October 6, 2025

                            *Loretta A. Preska*
                            LORETTA A. PRESKA
                            Senior United States District Judge